**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WHOOP, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>FINERPOINT, INC. d/b/a BEVEL,<br><br>                Defendant. | Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Whoop, Inc. ("WHOOP"), by and through its attorneys, submits this Complaint for copyright infringement, trade dress infringement, and patent infringement against Finerpoint, Inc. d/b/a/ Bevel ("Bevel") and alleges as follows:

### INTRODUCTION

1. WHOOP is a pioneer in the wearable fitness tracker space.  It is regarded as an innovator, not only in the wearable health tracker space but also in the unique design of its user interface, which enables users to seamlessly extract valuable health insights from its wearable devices.

2. In 2015, WHOOP released a physiological monitoring device (the "WHOOP Wearable").  Due in part to its unique faceless design, the WHOOP Wearable was recognized for its innovation and distinctive aesthetics.

3. Because the WHOOP Wearable has no screen, WHOOP presents the physiological data collected by the WHOOP Wearable on the unique and distinctive user interface of its mobile application (the "WHOOP App"), not on the WHOOP Wearable itself.

4.      Seeking to trade off the goodwill of WHOOP, Inc.'s cutting edge device and well-known user interface, Bevel now distributes and sells a mobile application (the "Bevel App") that is substantially similar to that of the WHOOP App.  Both the quantity and quality of similarities between the Bevel App and the WHOOP App can only be the result of wholesale copying, and the resulting resemblance of the Bevel App to the WHOOP App is likely to deceive consumers into believing that Bevel is associated with or sponsored by WHOOP.

5.      In addition, as described in more detail below, Bevel is knowingly infringing multiple WHOOP patents, including a number that are practiced by the WHOOP App.  This WHOOP patented technology not only continuously collects and analyzes a user's biometric information, but it also identifies a user's hormonal cycle phases and generates proprietary intensity and recovery scores, which are customized and adapted for the unique physiological properties of the user.  Using this customized data, WHOOP makes tailored recommendations to the user, such as sleep and exercise recommendations—including those based on the user's hormonal cycle phase, so that users can mitigate injury, enhance their overall wellness, unlock their full potential, and more.  Bevel lacks authorization from WHOOP to utilize this innovative, patented technology.

6.      WHOOP therefore seeks damages and injunctive relief for copyright infringement, trade dress infringement, and patent infringement in violation of the laws of the United States.

### PARTIES

7.      Plaintiff WHOOP is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business at One Kenmore Square, Suite 601, Boston, Massachusetts 02215.

8.      Defendant Bevel is a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business at 641 Fifth Avenue, Apartment 33E, New York, NY 10022.

## JURISDICTION AND VENUE

9.      This is an action for trade dress infringement arising under the Lanham Act, 15 U.S.C. § 1125, for copyright infringement arising under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and for patent infringement arising under the Patent Act, 35 U.S.C. § 100 *et seq.*

10.     This Court has jurisdiction over WHOOP, Inc.'s trade dress infringement, patent infringement, and copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a) because they arise under the laws of the United States.

11.     This Court has personal jurisdiction over Bevel at least because Bevel is a Delaware corporation.

12.     Venue is proper in this district for WHOOP, Inc.'s patent and copyright infringement claims under 28 U.S.C. § 1400(a) and (b) because Bevel is a Delaware corporation.

13.     Venue is proper in this district for WHOOP, Inc.'s trade dress and copyright infringement claims under 28 U.S.C. § 1391 because Bevel is a Delaware corporation.

## FACTUAL BACKGROUND

14.     Since its founding in 2012, WHOOP has expended considerable time and effort developing premium hardware, software, and analytics to unlock human performance.  As a result of the tireless efforts of WHOOP product developers and engineers, the WHOOP Wearable has established a reputation as an industry-leading health monitoring device, helping its users — from elite athletes to ordinary people — perform at their highest levels by gaining greater visibility into their bodies' needs.

15.     The WHOOP Wearable, which was first released in 2015, is a faceless physiological tracker that continuously monitors the wearer's most important health metrics, providing 24/7 insights to optimize fitness, recovery, and overall health.     An exemplary embodiment of the WHOOP Wearable is shown below:



16.     Since its launch in 2015, the WHOOP Wearable has continuously featured a unique faceless design.     This design was revolutionary in the health wearables industry, which was previously dominated by wearable devices with increasingly elaborate displays.

17.     Because the WHOOP Wearable is faceless, WHOOP presents the physiological data collected thereby on the WHOOP App, not on the device itself.     Indeed, the primary way for WHOOP users to access the data collected by their WHOOP Wearable is to use the WHOOP App's unique and distinctive user interface.

18.     For example, the WHOOP Wearable collects data related to the wearer's heart rate and muscular load.     The WHOOP App processes this data to calculate and present a daily "Strain Score"—a unique measure of cardiovascular and muscular exertion that quantifies the physical and mental stress a user is putting on his or her body.     This "Strain Score" ranges from 0 (light exertion) to 21 (high exertion) and gives users the insight to train smarter, recover better, and make decisions that align with their bodies.

19.     The WHOOP Wearable also collects data related to the wearer's sleep, including sleep duration, duration of restorative sleep (i.e., slow-wave sleep and REM sleep), duration of light sleep, latency (i.e., time to fall asleep), sleep consistency, sleep efficiency, sleep debt, and sleep stress. The WHOOP App processes this data to calculate and present a nightly "Sleep Performance Score" that provides a holistic view of both the quantity and quality of the wearer's sleep.

20.     The WHOOP Wearable also collects data related to the wearer's "Recovery," a daily measure of how prepared the wearer's body is to perform. For example, WHOOP continuously monitors the wearer's resting heart rate ("RHR"), heart rate variability ("HRV"), respiratory rate, and Sleep Performance. Each morning, the WHOOP App processes this data and presents the wearer's Recovery Score as a percentage. This Recovery Score empowers the wearer to train intelligently and efficiently. The WHOOP App also processes a subset of these metrics to provide a "Stress Score" indicating the wearer's physiological response to stress.

21.     The WHOOP Wearable also monitors the wearer's blood oxygen levels and skin temperature, to help the wearer understand deviations from baseline that may signal important physiological changes.

### The WHOOP App – Home Screen, Health Monitor, and Stress Monitor

22.     WHOOP was the first company to offer detailed fitness assessments based on the pillars of Strain, Recovery, and Sleep. WHOOP presents these key insights to users through the WHOOP App.

23.     WHOOP built the WHOOP App from the ground up. During this process, WHOOP developers made countless creative decisions about how to express the data collected by the WHOOP Wearable. WHOOP developers decided, for example, which of the metrics collected by

5

the WHOOP Wearable would be considered in developing the Strain, Sleep, and Recovery metrics, whether said metrics should be illustrated with a unique icon, whether metrics should be presented as "scores" and/or as percentages, whether to assign different colors to different metrics, how and when to emphasize and de-emphasize certain data, what font color and size to use, the order in which data should be presented, the methods by which data should be presented, whether informative articles should be included in the WHOOP App, what kinds of graphical structures to use for data presentation (e.g., bar graphs, line graphs, pie graphs, etc.), when and where to use various shapes, and when and where to use various colors.

24.     Each of these aesthetic choices contribute to the unique and distinctive look, feel, and appearance of the WHOOP App.

25.     As seen in the below screenshot, for many years, the WHOOP App has depicted the user's Recovery Score, Strain Score and/or Sleep Performance Score as overlapping or individual rings situated at the top of the WHOOP App's "Home" screen (next page):

| WHOOP App – Home Screen (2022) | WHOOP App – Home Screen (2024) | WHOOP App – Home Screen (2025–2026) |
|---|---|---|
| | | |



26.     The WHOOP App's Home screen also includes a link to a "Health Monitor."  When a user selects this link, they are directed to the WHOOP App's Health Monitor page, which provides the user's respiratory rate, blood oxygen levels, resting heart rate, heart rate variability, skin temperature, and current heart rate (next page):



27.    The WHOOP App's Health Monitor provides further insight into each of the five metrics included therein.  For example, clicking on the "Respiratory Rate" window shown above directs the user to an interactive graph of their historical respiratory rate on a weekly, monthly, or semiannual basis:



28.     Likewise, selecting the WHOOP Health Monitor's "RHR" and "HRV" windows directs the user to interactive graphs of their resting heart rate and heart rate variability:

 

29.     The WHOOP App's Home Screen also includes a link to the WHOOP "Stress Monitor," which provides a real-time stress score between 0 and 3 by comparing the user's current HRV to their baseline HRV:



30.    The Stress Monitor also includes a "Trend View" for stress metrics, which allows the user to see trends in their stress data on a daily, weekly, monthly, and semiannual basis. Exemplary screenshots are below:



31.    By providing this comprehensive and personalized overview of key physiological metrics, the WHOOP App's Home Screen, Health Monitor, and Stress Monitor empower users to proactively maintain their fitness by monitoring essential health indicators.

32.    The WHOOP App's Home Screen (pictured above at ¶ 25) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) rings presenting a user's Strain, Recovery, and/or Sleep Performance scores; (2) placement of said rings near the top of the Home Screen; (3) colorful and circular bars that increase clockwise around the ring to indicate an increasingly high Strain, Recovery, and/or Sleep Performance score; (4) a dark gray/black background with white text; (5) sub-components comprising rectangles with rounded

10

edges that contrast slightly with the background color; (6) inclusion of a "Health Monitor" and "Stress Monitor" on the Home Screen; (7) a navigation bar with text appearing directly underneath corresponding drawings (e.g., "Home" written underneath a house-shaped icon); (8) personalized stress insights (i.e., coaching) in white text that spans nearly the entire width of the user interface; and (9) a "Today" section that, when clicked, takes users to a calendar for viewing historical data. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

33. The WHOOP App's Health Monitor (pictured above at ¶ 26) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App. These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) presentation of physiological metrics in gray rectangles having rounded edges, each rectangle being interactive for providing additional data related to a given metric; (2) red, green, or orange icons in the corner of said rectangles; (3) use of white font vertically centered and left-aligned in each rectangle to present physiological metrics; (4) use of light gray text in the top left corner of each rectangle; (5) a "lungs" icon in the top left corner of the "respiratory rate" rectangle; (6) a "heart" icon in the top left corner of the "resting heart rate" rectangle; (7) a zig-zagging line resembling an electrocardiogram in the top left corner of the "HRV" rectangle; (8) a teardrop shaped icon in the top left corner of the "blood oxygen" rectangle; and (9) a thermometer icon in the top left corner of the "skin temperature" rectangle. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

34.     The WHOOP App's Stress Monitor (pictured above at ¶ 29) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) placement of current Stress data across the top of the "Stress Monitor" screen; (2) use of a semi-circle generally including green, yellow, and orange sections to denote a Stress Score; (3) presentation of the user's Stress Score in the center of said semi-circle using bold and white text; (4) use of colorful text underneath the Stress Score to indicate "low," "medium," and "high" Stress Scores, respectively; (5) a 24-hour line graph situated underneath the semicircle having varying colors depending on the magnitude of the user's Stress Score at that time; (6) use of a "crescent moon" icon and accompanying light blue opaque line and translucent region to indicate stress levels during the user's sleep; (7) horizontal bar graphs color coded to indicate a user's stress levels for an entire day; (8) colorful dots situated underneath said bar graphs to indicate Stress levels presented in the horizontal bar graphs; (9) placement of rounded rectangles with colorful images near the bottom of the "Stress" page for navigation to informative articles; and (10) personalized stress insights (i.e., coaching) in white text that spans nearly the entire width of the user interface. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

**The WHOOP App – Strain**

35.     WHOOP was the first company to introduce the "Strain" metric for tracking exertion.

36.     WHOOP users can gain valuable insight by selecting the blue "Strain" ring on the WHOOP App's Home screen.  Doing so directs the user to the WHOOP App's "Strain" page,

which provides the user's Strain Score, summarizes daily exertion metrics (i.e., heart rate zones, steps, calories, and strength activity duration), and showcases "Weekly Trends" for each of those exertion metrics:



37.    When a user interacts with a Strain metric's "Weekly Trend" window, they are directed to an interactive graph with weekly, monthly, and semiannual data for that metric:



38.    The WHOOP App's Strain page also contains an "Activities" section, which sets forth the exercise activities the user has completed that day, like weightlifting or running.  When a user selects a given activity, the WHOOP App directs them to a detailed and interactive analysis

thereof, which includes activity strain, heart rate data, activity duration, calories burned, and steps taken:



39.    In short, the WHOOP App's Strain page elegantly presents an abundance of personalized Strain information that empowers users to make informed decisions about their health and fitness.

40.    The WHOOP App's Strain page (pictured above at ¶ 36) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) a metric called "Strain" to monitor physical exertion; (2) a ring indicating the user's cumulative Strain Score situated at the top of the Strain page; (3) a colorful bar that wraps clockwise around the Strain ring as the user's Strain Score increases; (4) a second colorful bar within the Strain ring indicating the user's recommended daily Strain; (5) an "Activities" section situated underneath the Strain ring and listing the activities the user has completed on a given day; (6) gray rectangles having rounded

14

edges that span nearly the entire width of the user interface for indicating said activities; (7) icons left of the activity Strain Score corresponding to the activity (e.g., figure holding barbell overhead to indicate weightlifting); and (8) a "Weekly Trends" section comprising large rounded rectangles spanning nearly the entire width of the user interface and including, for various Strain metrics, a seven-day bar graph. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

41. The "Trend View" pages of the WHOOP App's Strain page (pictured above at ¶ 37), which can be accessed via the Strain page, are distinct and original works of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App. These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) placement of the Strain Score (or other Strain metric being presented) near the top left corner of the interface; (2) placement, to the left of the Strain activity being presented, of an icon corresponding to that metric (e.g., a "fire" icon for "calories"); (3) emphasis of said Strain Score (or other Strain metric) using bold, white font; (4) a gray rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) a date range presented in white font and bordered on the left and right sides by a white arrow pointing outward; (6) for certain Strain metrics, a vertical bar graph containing a colorful bar for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) for other Strain metrics, a horizontal line graph containing a colorful line and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (8) for certain Strain metrics, a "breakdown" situated underneath the bar

or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user interface; (9) upon selection of a portion of a line or bar graph, presentation of Strain data specific to the selected portion; (10) colorful dots situated underneath said "breakdowns" to indicate Strain levels presented in the horizontal bar graph; (11) placement of rounded rectangles with colorful images at the bottom of the "Strain" page for navigation to informative articles; and (12) for certain Strain metrics, indication of a  maximum value using a dashed, horizontal line.  These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

42.    The "Activities" pages of the WHOOP App (pictured above at ¶ 38), which can be accessed via the Strain page, are distinct and original works of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) a description of the Strain activity in white letters in the top left of the user interface; (2) situated directly under the description of the Strain activity, an indication of the time the Strain activity was performed; (3) a colorful line graph of the user's heart rate during the Strain activity; and (4) a series of rectangles having rounded edges and spanning nearly the entire width of the user interface, each containing a single bar and indicating the time spent and percentage of workout spent in a given heart rate "zone."  These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

**The WHOOP App – Sleep**

43.     The WHOOP App also conveys data related to the user's sleep.  The WHOOP App's Home screen prominently indicates the user's Sleep Performance Score (for example, in the current version, the leftmost ring on the top of the Home screen shows sleep performance, see above at ¶ 25), a personalized daily metric that helps users accomplish their fitness goals by closely monitoring and tailoring their sleep habits.

44.     When a user interacts with their Sleep Performance Score on the WHOOP App's Home screen, they are directed to the WHOOP App's Sleep page, which provides a wealth of information about the user's sleep habits.  For example, the WHOOP App's Sleep Page publishes the user's Sleep Performance Score, followed by key metrics related to "Last Night's Sleep," like sleep duration, sleep consistency, sleep efficiency, sleep debt, healthy minimum sleep duration, high sleep stress, and sleeping heart rate data:



  

45.     The WHOOP App's Sleep page also showcases "Weekly Trends" for various sleep

metrics:

  

18

 

46.    When a user interacts with the "Weekly Trend" window for a given sleep metric, they are directed to an interactive graph with weekly, monthly, and semiannual data for that metric, as shown in the below examples:

  

47.    The WHOOP App also featured an informative Sleep page explaining how the "Sleep Needed" metric is calculated (the "Sleep Needed Page"):



48.    As demonstrated above, the WHOOP App artfully arranges advanced sleep metrics while providing actionable and personalized insights that help users to achieve and sustain better sleep.

49.    The WHOOP App's Sleep page (pictured above at ¶ 44) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) presentation of the user's Sleep Performance Score as a percentage in large white letters centered across the top of the user interface; (2) inclusion of sleep insights in white font that spans nearly the entire width of the user interface; (3) rectangles having rounded edges that indicating the user's sleep activities, including the time the user spent in bed and time spent asleep; (4) use of a crescent moon icon to denote sleep; and (5) use of powder blue accents throughout the Sleep page.  These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

20

50.     The "Last Night's Sleep" section of the WHOOP App's Sleep page (pictured above at ¶ 44) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) a colorful line graph indicating the user's heart rate during sleep and total sleep duration; (2) white font in the bottom left and right corners of the line graph to indicate of the user's bedtime and waketime, respectively; (3) use of a crescent moon icon to denote sleep; (4) four rectangles with rounded edges and including colorful bars indicating the user's time spent in various sleep phases (e.g., awake, light, slow-wave sleep, and REM sleep); (5) within each rectangle, colorful indications of the percentage of total sleep spent in each sleep phases; (6) lines overlaying each colorful bar and featuring a shaded region indicating the user's "Typical Range" for each sleep phase; (7) underneath the line graph, introduction of the "Typical Range" and "Duration" indicators in the left and right-hand corners, respectively; and (8) upon selection of a given sleep type (e.g., REM sleep), an overlay on the line graph matching the color assigned to that sleep type (e.g., purple for REM sleep).  These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

51.     The "Trend View" pages of the WHOOP App's Sleep page (pictured above at ¶ 46), which can be accessed via the Sleep page, are distinct and original works of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) white text indicating the sleep activity being presented in the top left of the user interface; (2) placement of the Sleep

21

Performance Score (or other sleep metric) near the top left corner of the interface; (3) emphasis of said Sleep Performance Score (or other sleep metric) using bold, white font; (4) a rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) a date range presented in white font and bordered on the left and right side by a white arrow pointing outward; (6) for certain sleep metrics, a vertical bar graph containing a colorful bar or for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) for other sleep metrics, a colorful line graph optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (8) for certain sleep metrics, a "breakdown" situated underneath the bar or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user interface; (9) colorful dots situated underneath said "breakdowns" to indicate sleep metrics presented in the horizontal bar graph; and (10) placement of rounded rectangles with colorful images near the bottom of the "Sleep" page for navigation to informative articles. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

52. The "Sleep Needed" page of the WHOOP App (pictured above at ¶ 47), which can be accessed via the Sleep page, is a distinct and original work of expression comprised of distinctive visual, textual, and literary elements that appear on the screen when a user is using the WHOOP App. These distinctive visual and literary elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) the "How Sleep Needed is Calculated" heading centered across the top of the user interface in white font; (2) a rectangle having rounded edges and including multiple entries for calculating a user's "Sleep

needed"; (3) within said rectangle, entries for a user's "Recent Strain" and "Sleep Debt" and emphasis of the values thereof using bold, white text; and (4) an explanation that the user's "Sleep Needed" is "the estimated amount of sleep you needed last night given your baseline sleep need, yesterday's Strain, recent sleep debt, and any naps you took." These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

**The WHOOP App – Recovery**

53.    The middle ring on the WHOOP App's Home screen conveys the user's personalized Recovery Score. Upon selection of the Recovery ring, WHOOP users are directed to the WHOOP App's Recovery page. The Recovery page provides the user's Recovery score and summarizes daily recovery metrics like heart rate variability, resting heart rate, respiratory rate, and Sleep Performance. These metrics are measured while the user is sleeping and are factored into the user's Recovery score each morning.



54.     The Recovery page also showcases "Weekly Trends" for each Recovery metric:

  

55.     When a user interacts with the "Weekly Trend" window for a given Recovery metric, they are directed to an interactive graph with weekly, monthly, and semiannual data for that metric:

  

 

56.     The extensive recovery information presented in the WHOOP App helps users to maintain or increase their fitness while facilitating adequate recovery.

57.     The WHOOP App's Recovery page (pictured above at ¶ 53) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) a ring indicating the user's Recovery Score situated at the top of the Strain page; (2) a colorful bar that wraps clockwise around the Recovery ring depending on the user's Recovery Score; (3) assignment of the color red to the Recovery bar for Recovery Scores below 34%; (4) assignment of the color yellow to the Recovery bar for Recovery Scores between 34% and 66%; (5) assignment of the color green to the Recovery bar for Recovery scores above 67%; (6) use of a percentage for the Recovery Score; (7) inclusion of recovery insights in white text that spans nearly the entire width of the user interface; (8) presentation of Recovery metrics in gray rectangles having rounded edges; (9) small green or orange arrows situated on the right side of each rectangle to indicate that

25

day's recovery metric as compared to the user's 30 day average for that metric; (10) a zig-zagging line resembling an electrocardiogram representing "HRV"; (11) a "heart" icon representing the "resting heart rate" metric; (12) a "lungs" icon representing the "respiratory rate" metric; and (13) a crescent moon representing the "Sleep Performance" metric.   These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

58.     The "Trend View" pages of the WHOOP App's Recovery page (pictured above at ¶ 55), which can be accessed via the Recovery page, are distinct and original works of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.   These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) placement of the Recovery Score (or other Recovery metric) near the top left corner of the interface; (2) placement, to the left of the Recovery metric being presented, of an icon corresponding to that metric (e.g., a meditation icon representing Recovery Score); (3) emphasis of said Recovery Score (or other sleep metric) using bold, white font; (4) a gray rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) a date range presented in white font and bordered on the left and right side by a white arrow pointing outward; (6) for certain recovery metrics, a vertical bar graph containing a colorful bar or for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) for other recovery metrics, a colorful line graph optionally including a shaded region indicating the user's "typical range" for that metric; (8) for certain recovery metrics, a "breakdown" situated underneath the bar or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the

26

entire width of the user interface; (9) colorful dots situated underneath said "breakdown" to indicate Recovery Scores presented in the horizontal and vertical bar graphs; and (10) placement of rounded rectangles with colorful images near the bottom of the page for navigation to informative articles. These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

<strong>The WHOOP App – Journal</strong>

59.     A WHOOP Recovery Score is a personalized metric. Thus, a given behavior (e.g., overtraining, stretching, drinking caffeine) might affect one user's WHOOP Recovery more than the Recovery Score of another user. To account for this, the WHOOP App includes a WHOOP Journal, which allows users to log 300+ daily choices and behaviors to see how they impact users' physiological data.

60.     The WHOOP Journal allows users to track a variety of categories, including mental wellbeing (e.g., anxiety, journaling, therapy); drug and medication intake; health and symptoms (e.g., fever/headache); hormonal health (e.g., cramps/hot flash); lifestyle (e.g., alcohol, working from home); nutrition (e.g., late meal, plant-based meal); recovery (e.g., massage, ice bath); sleep and circadian health (e.g., blue-light blocking glasses, sound machine); and supplement intake (e.g., melatonin, turmeric).

61.     After a user's sleep data is processed, the WHOOP App automatically prompts users to log their tracked behaviors for the prior day. The WHOOP Journal is also accessible via the Home Screen's Journal window. An exemplary WHOOP Journal entry is pictured below:

27



62.    As a user fills out their WHOOP Journal each day, WHOOP analyzes how a user's logged behaviors correlate with changes to their Recovery and broader physiological data.  This summary is available in the "Recovery Insights" page of the WHOOP App, which is depicted below:



63.     The WHOOP App's Journal page (pictured above at ¶ 61) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) a horizontally oriented oval-shaped toggle switch icon that changes colors when selected; (2) for each behavior tracked in the journal, a rounded rectangle or toggle switch situated on the righthand side for indicating a user selection; (3) in later versions, an "X" or "checkmark" situated within the rounded rectangles to indicate a user's positive or negative selection of a behavior; (4) left-aligned white font to emphasize tracked behaviors; and (5) use of gray font to indicate behavior categories like "Daytime."  These distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

64.     The WHOOP App's "Recovery Insights" page (pictured above at ¶ 62) is a distinct and original work of expression comprised of distinctive visual elements that appear on the screen when a user is using the WHOOP App.  These distinctive visual elements, which are the result of countless aesthetic choices by WHOOP product developers, include at least the following: (1) for each tracked behavior, a gray rectangle spanning nearly the entire width of the user interface; (2) white font for in the top left corner of each rectangle indicating the tracked behavior; (3) within each rectangle, a single-bar graph centered at zero and stretching leftward or rightward to indicate a behavior's impact on the user's Recovery Score; (4) use of a colorful bar stretching rightward from the center for behaviors that positively impact the user's Recovery Score; (5) use of a colorful bar stretching leftward from the center for behaviors that negatively impact the user's Recovery Score; and (6) expression of the behavior's impact on Recovery Score as a percentage.  These

29

distinctive elements contribute to the aesthetically pleasing nature of the WHOOP App's user interface and signal to consumers that the WHOOP App is a WHOOP service.

## The WHOOP Trade Dress

65.     As demonstrated above, the WHOOP App elegantly and distinctively presents a wealth of personalized physiological data to its users.  These personalized insights allow users to create a sustainable path to achieving their fitness goals by balancing their daily Strain with their Recovery.

66.     For more than five years, the overall appearance of the WHOOP App has included the following aesthetic, stylistic, and non-functional features, the combination of which creates a distinctive look and feel to the WHOOP App ("the WHOOP Trade Dress"): (1) synthesis of exertion-related metrics (e.g., heart rate zones, strength activity time), recovery-related metrics (e.g., RHR, HRV, respiratory rate), and sleep-related metrics (e.g., sleep consistency, sleep sufficiency, sleep efficiency) to calculate and present unique "Strain," "Recovery," and/or "Sleep Performance" Scores; (2) presentation of "Strain," "Recovery," and/or "Sleep Performance" Scores using colorful, circular bars that increase clockwise around a ring as the user's score increases; (3) use of a percentage for Recovery and Sleep Performance Scores and of a numerical scale (i.e., 0 to 21) for Strain Scores; (4) use of red, yellow, and green in the Recovery ring to represent increasingly high Recovery Scores; (5) presentation of a user's Recovery, Strain, and/or Sleep Performance Score in the center of the corresponding ring; (6) prominent use of rectangles having rounded edges for presentation of health data; (7) prominent use of powder blue accents and a crescent moon icon for sleep-related data; (8) use of icons to indicate Recovery, Strain, and Sleep Performance metrics and placement of said icons near the metric being presented (e.g., crescent moon for sleep, lungs for respiratory rate, zig-zag line for HRV); (9) colorful line and bar

30

graphs featuring horizontal lines to indicate average values and optionally including shaded regions; (10) presentation of health insights (e.g., coaching) in text spanning nearly the entire width of the user interface; and (11) placement of rounded rectangles with colorful images near the bottom of the user interface for navigation to informative articles or community pages.  Since at least 2020, WHOOP has continuously used substantially all elements of the WHOOP Trade Dress with the intention of creating a recognizable, iconic, and unique user interface and experience that consumers can readily identify as a product and service that is solely available from WHOOP.

67.    When WHOOP releases additional features for the WHOOP App, it ensures that such features are presented such that the WHOOP App continues to embody the WHOOP Trade Dress.  For example, the WHOOP App's Health Monitor, which is accessible from the Home Screen, (1) comprises rounded rectangles for presentation of health data and accessible from the Home Screen, and (2) uses colorful icons within said rectangles for presentation of health data trends.  Similarly, the WHOOP App's "Stress Monitor," which is accessible from the Home Screen, (1) uses a semi-circle including various colorful sections for categorization and presentation of stress data, and (2) presents stress data within said semi-circle.

68.    The WHOOP Trade Dress is not functional.  The design features embodied by the WHOOP Trade Dress are not essential to the function of the WHOOP App, do not make the WHOOP App cheaper or easier to develop, and do not affect the quality of the WHOOP App.  The design embodied by the WHOOP Trade Dress is not a competitive necessity, as there are numerous other designs available that are equally feasible and efficient, none of which necessitate copying or imitating the WHOOP Trade Dress.  Indeed, several other providers of fitness tracking mobile applications do not feature the WHOOP Trade Dress.  Representative examples of such

applications are shown below (offered by Garmin, Ultrahuman, Fitbit, Apple, and Oura, respectively):

  

 

69.     The WHOOP Wearable and associated WHOOP App, the latter of which embodies the WHOOP Trade Dress, have been commercially successful, have received a large volume of unsolicited media attention, and have been featured in many popular publications nationwide and internationally.

70.    As a result of long and substantial use, sales, advertising, and third-party recognition, the WHOOP Trade Dress is widely and instantly recognizable for its unique design and is associated with one source, namely, WHOOP.  In other words, the WHOOP Trade Dress serves to identify the WHOOP App as a distinct service emanating solely from WHOOP.

71.    WHOOP has invested substantial time, money, and effort to advertise and promote the WHOOP App and the WHOOP Trade Dress in the United States and around the world through virtually every available type of media, including print publications, television, and the Internet (e.g., via its own website, banner ads, and social media, including Facebook, Twitter, Instagram, TikTok, Pinterest, and LinkedIn).  WHOOP prominently displays the WHOOP Trade Dress on its website and its marketing materials.  By virtue of its efforts, WHOOP has developed substantial recognition and goodwill in its unique and distinctive WHOOP Trade Dress.

72.    The public's association of the WHOOP Trade Dress with WHOOP has been enhanced by advertisement of the WHOOP Wearable that prominently features the WHOOP Trade Dress.  Exemplary advertisements are reproduced below:






73.     WHOOP also promotes the WHOOP Wearable and WHOOP App in connection with the WHOOP Trade Dress throughout the United States through partnerships with well-known individuals, professional sports associations, college sports teams, and industry partners.  For example, thanks in part to the groundbreaking nature of the WHOOP Wearable and the WHOOP App, WHOOP products and services are used and endorsed by some of the most prominent athletes in the world, including soccer star Cristiano Ronaldo, Super Bowl Champion Patrick Mahomes, and PGA Tour golfers Justin Thomas and Rory McIlroy, who are shown sporting WHOOP Wearables on their wrists in the below images:



74.     In fact, several prominent athletes share their WHOOP data with the public.  For example, NFL quarterback Patrick Mahomes published his WHOOP App data for the 2020 NFL

34

season to showcase the impact an NFL season has on the human body.  Mahomes's WHOOP data was published in a manner that embodies the WHOOP Trade Dress.  For example, Mahomes's 2020 season Recovery, sleep, and Strain data was published exactly how it appears in the WHOOP App:

 



75.     Likewise, a sample of Mahomes's heart rate during an NFL game day and his daily average Strain during the 2020 NFL season, as collected by the WHOOP Wearable and processed by the WHOOP App, were published in a format embodying the WHOOP Trade Dress:

 

76.    Mahomes also shared his WHOOP data from the 2021 NFL season.  Again, this information was published in a format that embodies the WHOOP Trade Dress:

 



77.    PGA Tour golfer Justin Thomas has also shared his WHOOP data with the public. For example, Thomas wore a WHOOP Wearable during the Players Championship in 2021, which he won.  Thomas's Recovery and Strain Scores for the week leading up to and including the four-day tournament were published in a format embodying the WHOOP Trade Dress:

36



78.    Thomas's Recovery Score for the third day of the 2021 Players Championship, his best round, was 84%.  This Recovery Score was published in a manner that embodies the WHOOP Trade Dress:



79.    Thomas also shared his WHOOP heart rate data during the live broadcast of the 2025 Ryder Cup.  Again, Thomas's WHOOP data appeared in a format that embodies the WHOOP Trade Dress (next page):



80.     PGA Tour golfer Rory McIlroy has also shared his WHOOP data.  In fact, on the last day of the 2025 Ryder Cup, which McIlroy's team won, McIlroy's WHOOP Recovery score was 1%—the lowest possible Recovery Score.  Again, this data was published in a manner that embodies the WHOOP Trade Dress, along with the tagline "Greatness isn't always green," a nod to the red, yellow, and green colors assigned by the WHOOP App to increasingly high WHOOP Recovery scores:



81.     As a result of the widespread use and display of the WHOOP Trade Dress by WHOOP and by prominent athletes in association with the WHOOP App and WHOOP Wearable, (a) the public has come to recognize and identify the products and services bearing the WHOOP

Trade Dress as emanating from WHOOP, (b) the public recognizes that products and services bearing the WHOOP Trade Dress constitute highly-quality products and services that conform to the specifications created by WHOOP, and (c) the WHOOP Trade Dress has established strong secondary meaning and extensive goodwill.

82.    In addition to the substantial advertising and promotional activities conducted by WHOOP, the WHOOP App has received and continues to receive widespread unsolicited media coverage and attention, including in industry publications and general third-party articles, and videos with worldwide distribution.  For example, images of the WHOOP App and WHOOP Trade Dress have appeared in *Sports Illustrated*, *Women's Health*, *CNET*, and *Medium*.

83.    The WHOOP App also receives widespread and unsolicited attention from the public on social media.  For example, WHOOP users often post screenshots of their WHOOP data as depicted in the WHOOP App on social media when they receive a 1% Recovery Score, noting that they have joined the WHOOP "1% Club."  As shown below, these social media posts prominently feature data formatted in a manner that embodies the WHOOP Trade Dress:



84.    Other WHOOP users publish screenshots of their WHOOP data on social media when they achieve the maximum 99% Recovery Score.  Such posts prominently feature the WHOOP Trade Dress:



85.     Still others post screenshots of their WHOOP data as depicted in the WHOOP App (and embodied by the WHOOP Trade Dress) in order to offer fitness advice or updates.  For example, in the below screenshot, the WHOOP Trade Dress is featured alongside a caption offering advice for "Cracking the Green Recovery Code"—a reference to the green color assigned to Whoop Recovery Scores of 67% or higher:



86.     Moreover, at the end of each year, WHOOP provides each user with a personalized recap of their past year with WHOOP called the "WHOOP Year in Review."  Publication of the WHOOP Year in Review inspires countless WHOOP users to publish screenshots of their own WHOOP data.  In such instances, the WHOOP Trade Dress is prominently featured:






87.     These third-party social media posts demonstrate that the WHOOP Trade Dress is iconic, is beloved by consumers, and serves to identify and distinguish the source of products and services in the marketplace through distinctive design elements and visual appearances.  In other words, these social media posts show that the public recognizes the WHOOP Trade Dress as emanating from WHOOP based on the design and appearance of the WHOOP App alone, rather than from use of the WHOOP name, W logo, or other non-design source identifier.

88.     Consumer reviews reinforce the public's recognition of the WHOOP Trade Dress as beloved by consumers.  For example, user reviews often praise the app specifically for its unique and distinctive design, noting, for example, that the WHOOP App is "well designed," "beautifully designed," and "looks great."

41



89.     Another WHOOP App user remarked that the WHOOP App's design "beats every competitor."



42

90.     As demonstrated above, the WHOOP Trade Dress is a quintessential example of effective trade dress, as it communicates to consumers the source of the associated products and services, allowing consumers to recognize the WHOOP App based on its distinctive and unique design alone.

91.     The WHOOP Trade Dress is instantly recognizable, highly demanded by the general public, and is a valuable company asset.

### The WHOOP Copyrights

92.     WHOOP also owns U.S. Copyright Registrations that cover copyrightable expression in each version of WHOOP App since 2022 and copyrightable expression in the individual screen displays that each such version of WHOOP App generates (the "WHOOP Copyrights").  The WHOOP Copyrights are listed in the chart below (next page):

| Title of Work | Registration Number | Deposit Materials |
|---|---|---|
| Whoop App Android 2022 | TX0009436457 | Whoop App Android 2022 |
| Whoop App Android 2023 | TX0009436446 | Whoop App Android 2023 |
| Whoop App Android 2024 | TX0009436447 | Whoop App Android 2024 |
| Whoop App iOS 2022 | TX0009436448 | Whoop App iOS 2022 |
| Whoop App iOS 2023 | TX0009429665 | Whoop App iOS 2023 |
| Whoop App iOS 2024 | TX0009429660 | Whoop App iOS 2024 |
| Whoop App Web 2022 | TX0009436449 | Whoop App Web 2022 |
| Whoop App Web 2023 | TX0009436451 | Whoop App Web 2023 |
| Whoop App Web 2024 | TX0009436452 | Whoop App Web 2024 |
| Whoop App Join-Flow 2023 | TX0009450902 | Whoop App Join-Flow 2023 |
| Whoop App Join-Flow 2024 | TX0009436456 | Whoop App Join-Flow 2024 |

93.    The WHOOP Copyrights are not expired and are in full force and effect.

94.    True and correct copies of the WHOOP Copyrights are attached hereto as Exhibits A–K.

95.    All screen displays generated by the WHOOP App are generated by the WHOOP Copyrights, including every WHOOP App screen display depicted herein.

44

**The WHOOP Asserted Patents**

96.     As described above, WHOOP is a pioneer in the health and fitness tracking industry.  The WHOOP patented technology not only continuously collects and analyzes a user's biometric information, but it also identifies a user's hormonal cycle phases and generates proprietary intensity and recovery scores, which are customized and adapted for the unique physiological properties of the user.  Using this customized data, WHOOP makes tailored recommendations to the user, such as sleep and exercise recommendations—including those based on the user's hormonal cycle phase, so that users can mitigate injury, enhance their overall wellness, unlock their full potential, and more.

97.     On March 14, 2023, U.S. Patent No. 11,602,279 (the "'279 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '279 Patent is titled "Automated Exercise Recommendations."  A true and correct copy of the '279 Patent is attached hereto as Exhibit L and incorporated herein by reference.

98.     The '279 Patent is directed to patent-eligible subject matter.  The claims of this patent cover specific, non-abstract, and unconventional systems and methods for interpreting data from a continuous physiological monitor, assessing the data by generating new and custom scores, and analyzing those scores to recommend a change to a user's exercise routine.  *See, e.g.*, '279 Patent claims 1 and 17.  Rather than being directed to a result or effect, for example, the claims of the '279 Patent recite a particular and inventive way of analyzing continuously monitored data and recommending a change in exercise routine, tailored to the user.  *See, e.g.*, *id.*; *id.* at 26:7–31, 29:57–66, 30:47–64.  The specific systems and methods claimed in the '279 Patent improve user understanding and awareness, increase the accuracy and reliability of pre-existing health and fitness monitoring technology, and eliminate the need for invasive and disruptive overnight

45

laboratory testing, among other things. *See, e.g.*, *id.* at 7:29–31, 26:7–11, 29:32–34, 30:2–11, 30:47–55.

99.    On April 18, 2023, U.S. Patent No. 11,627,946 (the "'946 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '946 Patent is titled "Cycle-based Sleep Coaching." A true and correct copy of the '946 Patent is attached hereto as Exhibit M and incorporated herein by reference.

100.    The '946 Patent is directed to patent-eligible subject matter. The claims of this patent cover specific, non-abstract, and unconventional systems and methods for interpreting and analyzing data from a continuous physiological monitor, identifying a hormonal cycle phase for the user, and making dynamic recommendations to the user regarding time in bed—first generating a recommended time in bed for the user based on current sleep need, then generating a new recommended time in bed by adjusting the first recommendation according to the hormonal cycle phase. *See, e.g.*, '946 Patent claims 1, 2, and 4. Rather than being directed to a result or effect, for example, the claims of the '946 Patent recite a particular and inventive way of analyzing continuously monitored data, including identifying a hormonal cycle phase, and recommending a time in bed tailored to the user. *See, e.g.*, *id.*; *id.* at 47:39–50, 59:1–61, 67:9–50. The specific systems and methods claimed in the '946 Patent improve user outcomes and enable users to achieve better short- and long-term fitness goals, among other things. *See, e.g.*, *id.* at 57:14–17, 65:54–62.

101.    On February 11, 2025, U.S. Patent No. 12,220,112 (the "'112 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '112 Patent is titled "Cycle-based Workout Coaching." A true and correct copy of the '112 Patent is attached hereto as Exhibit N and incorporated herein by reference.

102.     The '112 Patent is directed to patent-eligible subject matter.  The claims of this patent cover specific, non-abstract, and unconventional systems and methods for interpreting data from a continuous physiological monitor, assessing the data, and making dynamic recommendations to the user regarding strain level—first generating a recommended strain for a new training activity based on current recovery level, then generating a new recommended strain by adjusting the first recommended strain according to the user's phase within the hormonal cycle. *See, e.g.*, '112 Patent claims 1, 2, and 4.  Rather than being directed to a result or effect, for example, the claims of the '112 Patent teach a particular and inventive way of analyzing continuously monitored data, including identifying a hormonal cycle phase, and recommending a strain level tailored to the user.  *See, e.g.*, *id.*; *id.* at 2:32–66, 58:23–31, 58:66–59:59, 60:41–49, 60:59–61:49.  The specific systems and methods claimed in the '112 Patent improve the pre-existing health and fitness monitoring technology by preventing and mitigating user injury, and improving training results, among other things.  *See, e.g.*, *id.* at 57:12–15, 65:4–10.

103.     On June 3, 2025, U.S. Patent No. 12,318,226 (the "'226 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '226 Patent is titled "Determining Sleep Need from Physiological Measurements."  A true and correct copy of the '226 Patent is attached hereto as Exhibit O and incorporated herein by reference.

104.     The '226 Patent is directed to patent-eligible subject matter.  The claims of this patent cover specific, non-abstract, and unconventional systems and methods for interpreting data from a continuous physiological monitor, assessing the data by generating a new and custom intensity score (i.e., strain), and specifically analyzing that score and other data to determine a sleep need for a user.  *See, e.g.*, '226 Patent claims 1, 4, and 19.  Rather than being directed to a result or effect, for example, the claims of the '226 Patent teach a particular and inventive way of

47

analyzing continuously monitored data and generating a sleep need for the user. *See, e.g.*, *id.*; *id.* at 15:14–40, 18:44–53, 25:2–43. The specific systems and methods claimed in the '226 Patent eliminate the need for invasive and disruptive overnight laboratory testing, reduce errors, and increase the accuracy and reliability of pre-existing health and fitness monitoring technology, among other things. *See, e.g.*, *id.* at 1:24–32, 5:26–28, 15:14–19, 19:34–42.

105.   WHOOP is the assignee of all right, title, and interest in the '279, '946, '112, and '226 Patents (collectively, the "Asserted Patents"), including all rights to enforce and prosecute actions for infringement and to collect damages, including past damages, for all relevant times against infringers of the Asserted Patents. Accordingly, WHOOP possesses the exclusive right and standing to prosecute the present action for infringement of the Asserted Patents by Bevel.

106.   WHOOP develops and offers within the United States a mobile application (the WHOOP App) that practices several of the Asserted Patents, including exemplary claims that WHOOP has identified as infringed by Bevel throughout this Complaint. To the extent it is required, WHOOP has marked and continues to mark its technology that practices the Asserted Patents, including exemplary claims that WHOOP has identified as infringed by Bevel throughout this Complaint. WHOOP has done so by, for example, notifying the public that its WHOOP App is subject to patents owned by WHOOP. The WHOOP website has a page (https://www.whoop.com/us/en/whoop-privacy-policies/#patents) that associates the WHOOP App with certain Asserted Patents. A true and correct copy of this webpage is attached as Exhibit P. As another example, the WHOOP website has a page (https://www.whoop.com/us/en/how-it-works/) that notifies the public that its "Patent-pending technology collects thousands of biometric data points." A true and correct copy of this webpage is attached as Exhibit Q.

**Bevel's Trade Dress and Copyright Infringement**

107.    In early 2024, Bevel released the Bevel App, a fitness tracking mobile application. According to Bevel's website, the Bevel App presents personalized health insights by synthesizing data collected by third-party wearable fitness trackers, like the Apple Watch.

108.    Instead of forging its own path, however, Bevel slavishly copied the WHOOP App's user interface.  As a result, the Bevel App represents a nearly screen-for-screen copy of the WHOOP App, as demonstrated in the approximately 20 side-by-side images below, which represent only a fraction of the total copying carried out by Bevel.

109.    Upon information and belief, Bevel intentionally copied distinctive and original elements of the WHOOP App and WHOOP Trade Dress and implemented them into the Bevel App to create a confusingly similar and derivative work.  Indeed, Bevel's early marketing material brazenly advertised the infringing Bevel App as "Whoop, But for Apple Watch":



110.    In October of 2024, after learning of the Bevel App's infringing user interface, counsel for WHOOP sent Bevel a letter demanding that Bevel cease its ongoing infringement of

WHOOP, Inc.'s trade dress and copyrights in the WHOOP App's user interface (the "C&D Letter"). A true and correct copy of the C&D Letter is attached hereto as Exhibit R.

111. The C&D Letter included more than 20 side-by-side images of the WHOOP App and Bevel App, each of which demonstrate both the obvious, substantial, and confusing similarities between the WHOOP App's user interface and the Bevel App's user interface.

112. As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Home Screen is obviously, confusingly, and substantially similar to the WHOOP App's Home Screen:



For example, both apps' Home Screens: (1) use rings to present a user's "Strain" and "Recovery" scores near the top of the screen; (2) indicate such scores using colorful, circular bars that increase clockwise around the ring as the user's Strain or Recovery Score increases; (3) include a coaching feature in white text situated underneath said rings that is nested inside a rectangle having rounded edges that spans nearly the entire width of the user interface; (4) use a dark gray/black background

and white and pale gray text; (5) include sub-components comprising rectangles having rounded edges that contrast slightly with the background color; (6) feature a "Health Monitor" and Stress Monitor; (7) feature a navigation bar with text appearing directly underneath corresponding drawings (e.g., "Home" written underneath a house-shaped icon); and (8) feature a "Today" section that, when clicked, takes users to a calendar for viewing past data.

113.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Health Monitor is obviously, confusingly, and substantially similar to the WHOOP App's Health Monitor:



For example, both apps' Health Monitors: (1) are accessible from the Home Screen; (2) present the exact same physiological metrics in gray rectangles having rounded edges, each rectangle being interactive for providing additional data related to a given metric; (3) include red, green, or orange icons in the corner of said rectangles; (4) use white font vertically centered and left-aligned in each rectangle to present physiological metrics; (5) use light gray text in the top left corner of each rectangle; (6) use a "lungs" icon in the top left corner of the "respiratory rate" rectangle; (7) use a "heart" icon in the top left corner of the "resting heart rate" rectangle; (8) use a zig-zagging

51

line resembling an electrocardiogram in the top left corner of the "HRV" rectangle; (9) use a teardrop shaped icon in the top left corner of the "blood oxygen" rectangle; and (10) use a thermometer icon in the top left corner of the "skin temperature" rectangle.

114.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's presentation of stress data is obviously, confusingly, and substantially similar to the WHOOP App's presentation of stress data:



For example, both apps' presentation of stress data: (1) place current stress data across the top of the page; (2) use a semi-circle generally including a green, yellow, and orange sections to denote a Stress Score; (3) present the user's Stress Score in the center of said semi-circle using bold and white text; (4) use colorful text underneath the Stress Score to indicate "low," "medium," and "high" Stress Scores; (5) include, underneath the semicircle, a 24-hour line graph with varying colors depending on the magnitude of the user's Stress Score at that time; (6) use a "crescent moon" icon and accompanying light blue opaque line and translucent region to indicate stress

levels during the user's sleep; and (7) present personalized stress insights in white text contained in a rectangle having rounded edges that span nearly the entire width of the user interface.

115.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Strain page is obviously, confusingly, and substantially similar to the WHOOP App's Strain page:



For example, both apps' Strain pages: (1) use a metric called "Strain" to monitor physical exertion; (2) indicate the user's cumulative Strain Score using a colorful ring situated at the top of the Strain page; (3) feature a colorful bar that wraps clockwise around the Strain ring as the user's Strain Score increases; (4) feature a second colorful bar within the Strain ring indicating the user's recommended daily Strain; (5) feature an "Activities" section situated underneath the Strain ring and listing the activities the user has completed on a given day; (6) feature gray rectangles having rounded edges that span nearly the entire width of the user interface for indicating said activities;

and (7) feature icons left of the activity Strain Score corresponding to the activity (e.g., figure holding barbell overhead to indicate weightlifting).

116.     As demonstrated by the below images, which were included in the C&D Letter, the "Trend View" pages of the Bevel App's Strain metrics, which can be accessed via its Strain page, are obviously, confusingly, and substantially similar to the "Trend View" pages of the WHOOP App's Strain metrics, which can be accessed via its Strain page:

| WHOOP App – Strain Trends (Strain) | Bevel App – Strain Trends (Strain) |
|---|---|
|  | |

| WHOOP App – Strain Trends (RHR) | Bevel App – Strain Trends (Daytime HR) |
|---|---|
|  | |

| WHOOP App – Strain Trends (Calories) | Bevel App – Strain Trends (Total Energy) |
|---|---|
|  | |

For example, both apps' "Trend View" pages for Strain metrics: (1) place the Strain Score (or other Strain metric being presented) near the top left corner of the interface; (2) include, to the left of the Strain metric being presented, an icon corresponding to the left of that metric (e.g., a fire

icon for energy expenditure and heart icon for heart rate); (3) emphasize the presented Strain metric (e.g., Strain Score) using bold, white font; (4) include a gray rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) include a date range presented in white font and bordered on the left and right sides by a white arrow pointing outward; (6) feature, for some Strain metrics, a vertical bar graph containing a colorful bar for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) feature, for other Strain metrics, a horizontal line graph containing a colorful line and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (8) include, for certain Strain metrics, a "breakdown" situated underneath the bar or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user interface; (9) include, underneath each such breakdown, colorful dots to indicate Strain levels presented in the horizontal bar graph; (10) include rounded rectangles with colorful images near the bottom of the "Stress" page for navigation to informative articles; (11) for certain Strain metrics, indicate a maximum value using a dashed, horizontal line; and (12) upon selection of a portion of a line or bar graph, present Strain data specific to the selected portion.

117.    As demonstrated by the below images, which were included in the C&D Letter, the "Activities" pages of the Bevel App, which can be accessed via its Strain page, are obviously, confusingly, and substantially similar to the WHOOP App's Activities pages, which can be accessed via its Strain page:

| WHOOP App – Strain Activities | Bevel App – Strain Activities |
|---|---|
|  | |

For example, both apps' "Activities" pages: (1) describe the presented Strain activity in white letters in the top left of the user interface; (2) include, directly under the description of the presented Strain activity, an indication of the time the Strain activity was performed; (3) include a color-coded line graph of the user's heart rate during the Strain activity; and (4) feature a series of rectangles having rounded edges and spanning nearly the entire width of the user interface, each containing a single bar and indicating the time spent and percentage of workout spent in a given heart rate "zone."

118.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Sleep page is obviously, confusingly, and substantially similar to the WHOOP App's Sleep page:

| WHOOP App – Sleep Page | Bevel App – Sleep Page |
|---|---|



For example, both apps' Sleep pages: (1) present the user's Sleep Performance Score as a percentage in large white letters centered across the top of the user interface; (2) include, directly under the user's Sleep Performance Score, data related to the user's sleep duration; (3) include, directly under said data, sleep insights in white font that spans nearly the entire width of the user interface; (4) feature rectangles having rounded edges that indicate the user's sleep activities, including the time the user spent in bed and time spent asleep; (5) feature powder blue accents; and (6) use a crescent moon icon to denote sleep.

119.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's "Primary Sleep" page is obviously, confusingly, and substantially similar to the "Last Night's Sleep" section of the WHOOP App's Sleep page:

| WHOOP App – Last Night's Sleep | Bevel App – Primary Sleep |
|---|---|
|  | |

For example, both apps' pages: (1) include a colorful line graph indicating the user's heart rate during sleep and total sleep duration; (2) feature white font in the bottom left and right corners of the line graph to indicate of the user's bedtime and waketime, respectively; (3) use a crescent moon icon to denote sleep; (4) feature four rectangles with rounded edges and including colorful bars indicating the user's time spent in various sleep phases (e.g., awake, REM, deep); (5) include, within each rectangle, colorful indications of the percentage of total sleep spent in each sleep phase; (6) feature lines bordering a shaded region overlaying each colorful bar and indicating the user's "Typical Range" for each sleep phase; (7) introduce, underneath the colorful line graph, the "Typical Range" and "Duration" indicators in the left and right-hand corners, respectively; and (8) insert, upon selection of a given sleep type (e.g., REM sleep), an overlay on the line graph matching the color assigned to that sleep type (e.g., purple for REM sleep).

120.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's "Trends" pages for its Sleep metrics, which can be accessed via its Sleep page, are

59

obviously, confusingly, and substantially similar to the WHOOP App's Trends pages for its Sleep metrics, which can be accessed via its Sleep page:



For example, both apps' Trends pages for their Sleep metrics feature: (1) white text indicating the sleep activity being presented in the top left of the user interface; (2) placement of the Sleep Performance Score (or other sleep metric) near the top left corner of the interface; (3) emphasis of said Sleep Performance Score (or other sleep metric) using bold, white font; (4) a rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) a date range presented in white font and bordered on the left and right side by a white arrow pointing outward; (6) for certain sleep metrics, a vertical bar graph containing a colorful bar or for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) for certain sleep metrics, a "breakdown" situated underneath the bar or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user

60

interface; (8) colorful dots situated underneath said "breakdowns" to indicate sleep metrics presented in the horizontal bar graph; and (9) placement of rounded rectangles with colorful images near the bottom of the "Sleep" page for navigation to informative articles.

121.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's "Sleep Needed" page, which can be accessed via its Sleep page, is obviously, confusingly, and substantially similar to the WHOOP App's Sleep Needed page, which can be accessed via its Sleep page:



| WHOOP App – Sleep Needed | Bevel App – Sleep Needed |
|---|---|

For example, both apps' Sleep Needed pages: (1) feature the heading "How Sleep Needed is Calculated" in white font; (2) feature a rectangle having rounded edges and including multiple entries for calculating a user's "Sleep needed"; (3) include, within said rectangle, entries for a user's "Recent Strain" and "Sleep Debt" and emphasize the values thereof using bold, white text; and (4) explain that a user's "Sleep Needed" is "the estimated amount of sleep you needed last night given" the user's "sleep debt" and "strain," among other variables.

61

122.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Recovery page is obviously, confusingly, and substantially similar to the WHOOP App's Recovery page:



For example both apps' Recovery pages feature: (1) a ring indicating the user's Recovery Score centered at the top of the Strain page; (2) a colorful bar that wraps clockwise around the Recovery ring depending on the user's Recovery Score; (3) assignment of the color red to the Recovery bar for Recovery Scores below 34%; (4) assignment of the color yellow to the Recovery bar for Recovery Scores between 34% and 66%; (5) assignment of the color green to the Recovery bar for Recovery scores above 67%; (6) use of a percentage for the Recovery Score; (7) inclusion of recovery insights in white text that spans nearly the entire width of the user interface; (8) presentation of Recovery metrics in gray rectangles having rounded edges; (9) small green or orange arrows situated on the right side of said rectangles to indicate that day's recovery metric as compared to the user's 30 day average for that metric; and (10) a zig-zagging line resembling an

62

electrocardiogram representing "HRV"; and (11) a "heart" icon representing the "resting heart rate" metric.

123.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's "Trends" pages for its Recovery metrics, which can be accessed via its Recovery page, are obviously, confusingly, and substantially similar to the WHOOP App's Trends pages for its Recovery metrics, which can be accessed via its Recovery page.



| WHOOP App – Recovery Trends (Recovery) | Bevel App – Recovery Trends (Recovery) |
|---|---|

63

| WHOOP App – Recovery Trends (HRV) | Bevel App – Recovery Trends (HRV) |
|---|---|
|  | |

| WHOOP App – Recovery Trends (RHR) | Bevel App – Recovery Trends (RHR) |
|---|---|
|  | |

| WHOOP App – Recovery Trends (Respiratory Rate) | Bevel App – Recovery Trends (Respiratory Rate) |
|---|---|
|  | |

For example both apps' Trend pages for their Recovery metrics feature: (1) placement of the Recovery Score (or other Recovery metric) near the top left corner of the interface in white text; (2) aligned on the left near the Recovery metric being presented, an icon corresponding to that metric (e.g., a heart icon representing user's restring heart rate); (3) emphasis of said Recovery Score (or other Recovery metric) using bold, white font; (4) a gray rectangle having rounded edges and containing abbreviated "W," "M," and "6M" indicators for presenting weekly, monthly, and semiannual data, respectively; (5) a date range presented in white font and bordered on the left and right side by a white arrow pointing outward; (6) for certain Recovery metrics, a vertical bar graph containing a colorful bar or for any given day and optionally including a dashed horizontal line indicating the user's average (abbreviated "AVG.") for that metric; (7) for other recovery metrics, a colorful line graph optionally including a shaded region indicating the user's "typical range" for that metric; (8) for certain recovery metrics, a "breakdown" situated underneath the bar or line

65

graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user interface; (9) colorful dots situated underneath said "breakdown" to indicate Recovery Scores presented in the horizontal and vertical bar graphs; and (10) placement of rounded rectangles with colorful images near the bottom of the page for navigation to informative articles; (11) a zig-zagging line resembling an electrocardiogram representing "HRV"; (12) a "heart" icon representing the "resting heart rate" metric; and (13) a "lungs" icon representing the respiratory rate metric.

124.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's Journal page is obviously, confusingly, and substantially similar to the WHOOP App's Journal page:

| WHOOP App – Journal Page | Bevel App – Journal Page |
| --- | --- |
|  | |

For example, both apps' Journal pages feature: (1) for each behavior tracked in the journal, horizontally oriented and right-aligned toggle switches that change from white and gray to green

and white when activated; and (2) use of left-aligned white font to emphasize tracked behaviors; and (3) use of gray font to indicate behavior subcategories, like "Lifestyle."

125.    As demonstrated by the below images, which were included in the C&D Letter, the Bevel App's "Journal Insights" page is obviously, confusingly, and substantially similar to the WHOOP App's "Recovery Insights" page:



For example, both apps' Insights pages feature: (1) for each tracked behavior, a gray rectangle spanning nearly the entire width of the user interface; (2) white font for in the top left corner of each rectangle indicating the tracked behavior; (3) within each rectangle, a single-bar graph centered at zero and stretching leftward or rightward to indicate a behavior's impact on the user's Recovery Score; (4) use of a colorful bar stretching rightward from the center for behaviors that positively impact the user's Recovery Score; (5) use of a colorful bar stretching leftward from the center for behaviors that negatively impact the user's Recovery Score; and (6) expression of the behavior's impact on Recovery Score as a percentage.

126.    Due at least in part to Bevel's blatant, intentional, and systematic copying of these unique and distinctive features, the Bevel App's user interface is substantially and confusingly similar to both the WHOOP App's user interface and the WHOOP Trade Dress.

127.    As WHOOP explained in the C&D Letter, Bevel did not need to wholesale misappropriate the WHOOP App's user interface and the WHOOP Trade Dress to compete in the market for fitness tracking mobile applications.  Indeed, WHOOP has many competitors, and none of their mobile applications come anywhere close to exhibiting the level of direct copying and overlap with the WHOOP App and WHOOP Trade Dress exhibited by the Bevel App.

128.    The chart below, which was included in the C&D Letter, represented an analysis of the similarities between WHOOP, Bevel, and WHOOP competitors Oura, Apple Watch, FitBit, Garmin, and Ultrahuman as of October, 2024.  The red check represents instances in which the competitor provides essentially the same feature as WHOOP and uses the same name for that feature.  The yellow check represents instances in which the competitor provides at least a similar feature but under a different name.  The green check represents instances where the competitor does not provide a similar feature at all.

| WHOOP Features | Bevel | Oura | Apple Watch | Fitbit | Ultrahuman | Garmin |
|---|---|---|---|---|---|---|
| Strain | ✓ (red) | ✓ (yellow) | ✓ (yellow) | ✓ (yellow) | ✓ (green) | ✓ (green) |
| Recovery | ✓ (red) | ✓ (yellow) | ✓ (green) | ✓ (yellow) | ✓ (yellow) | ✓ (green) |
| Sleep Performance | ✓ (yellow) | ✓ (yellow) | ✓ (green) | ✓ (yellow) | ✓ (yellow) | ✓ (yellow) |
| Strength Trainer | ✓ (yellow) | ✓ (yellow) | ✓ (green) | ✓ (yellow) | ✓ (green) | ✓ (yellow) |
| Stress Monitor | ✓ (red) | ✓ (yellow) | ✓ (yellow) | ✓ (yellow) | ✓ (yellow) | ✓ (yellow) |
| Health Monitor | ✓ (red) | ✓ (green) | ✓ (yellow) | ✓ (yellow) | ✓ (green) | ✓ (green) |
| Journal | ✓ (red) | ✓ (yellow) | ✓ (green) | ✓ (green) | ✓ (green) | ✓ (green) |
| Behaviorial Insights | ✓ (red) | ✓ (yellow) | ✓ (green) | ✓ (green) | ✓ (yellow) | ✓ (yellow) |
| Body Composition | ✓ (red) | ✓ (green) | ✓ (yellow) | ✓ (yellow) | ✓ (green) | ✓ (yellow) |

129.    When WHOOP sent the C&D Letter, Bevel was the only WHOOP competitor that scored even a single red check.  In fact, Bevel scored seven red checks.  This, in combination with

68

the screenshots above, confirms that Bevel has improperly and intentionally copied the WHOOP

App in violation of WHOOP Inc.'s copyrights and trade dress rights therein.

130.    Despite the overwhelming evidence of infringement presented in the C&D Letter,

Bevel refused to put an end to its blatant infringement and copying.  Instead, Bevel doubled down

and released subsequent versions of the Bevel App that, like their predecessor versions, thoroughly

and completely hijack the WHOOP App and WHOOP Trade Dress.

131.    Later versions of the Bevel App, like the version addressed in the C&D Letter, are

obviously, confusingly, and substantially similar to the WHOOP Trade Dress and the WHOOP

App's user interface.

132.    For example, the Bevel App's updated Home Screen, like prior versions of its

Home Screen, is obviously, confusingly, and substantially similar to the WHOOP App's Home

Screen:



133.    As demonstrated below, Bevel App's updated Health Monitor, like prior versions of its Health Monitor, are obviously, confusingly, and substantially similar to the WHOOP App's Health Monitor.  In fact, in addition to the similarities described above, the Bevel App's Health Monitor now arranges the rounded rectangles for presenting its health metrics in the same pattern as the WHOOP App:

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|
|  | | | |

134.    As demonstrated below, the Bevel App's updated presentation of stress data, like its prior presentation of stress data, is obviously, confusingly, and substantially similar to the WHOOP App's presentation of stress data (next page):

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
| --- | --- | --- | --- |



135.    In addition to the similarities between the Bevel and WHOOP Apps' presentation of stress data described in the C&D Letter, the Bevel App's updated presentation of stress data, like the WHOOP App, now includes (1) single-lined, horizontal bar graphs color coded to indicate a user's stress levels for an entire day; (2) colorful dots situated underneath said bar graphs to indicate Stress levels presented in the horizontal bar graphs; and (3) placement of rounded rectangles with colorful images near the bottom of the "Stress" page for navigation to informative articles.  As demonstrated below, these new features are obviously, substantially, and confusingly similar to the WHOOP App's Stress Monitor page:

| WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|
|  | |

136.    As demonstrated below (next page), the Bevel App's updated Strain page, like prior versions of its Strain page, is obviously, confusingly, and substantially similar to the WHOOP App's Strain page:

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|
| | | | |



137.    As demonstrated below (next page), the updated "Trend View" pages of the Bevel App's Strain metrics, like in prior versions of the Bevel App, are obviously, confusingly, and substantially similar to the "Trend View" pages of the WHOOP App's Strain metrics:





74

138.    As demonstrated below, the updated "Activities" pages of the Bevel App, like in prior versions of the Bevel App, are obviously, confusingly, and substantially similar to the WHOOP App's "Activities" pages:



139.    As demonstrated below (next page), the Bevel App's updated Sleep page, like prior versions of its Sleep page, is obviously, confusingly, and substantially similar to the WHOOP App's Sleep page:

75

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|



140.    As demonstrated below (next page), the Bevel App's updated "Primary Sleep" page, like in prior versions of the Bevel App, is obviously, confusingly, and substantially similar to the WHOOP App's "Last Night's Sleep" page:

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|
| | | | |



141.    As demonstrated below (next page), the Bevel App's updated "Trends" pages for its Sleep metrics, like in prior versions of the Bevel App, are obviously, confusingly, and substantially similar to the WHOOP App's Trends pages for its Sleep metrics.

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|
|  | | | |

142.    As demonstrated below (next page), the Bevel App's updated Recovery page, like prior versions of its Recovery page, is obviously, confusingly, and substantially similar to the WHOOP App's Recovery page.

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
| --- | --- | --- | --- |
|  | | | |

143.     As demonstrated below (next pages), the Bevel App's updated "Trends" pages for its Recovery metrics, like in prior versions of the Bevel App, are obviously, confusingly, and substantially similar to the WHOOP App's "Trends" pages for its Recovery metrics.

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|



| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
|---|---|---|---|



81

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
| --- | --- | --- | --- |
| | | | |



144.    Although Bevel replaced its "Recovery Score" bar graph—which was identical to the WHOOP App's Recovery Score bar graph—with a line graph, the Bevel App's "Trend View" page for its Recovery Score remains substantially and confusingly similar to the WHOOP App's Recovery Score "Trends" page. For example, both pages still feature: (1) a Recovery Score expressed as a percentage in near the top left corner of the interface; (2) emphasis of said Recovery Score using bold, white font; (3) a gray rectangle having rounded edges and containing abbreviated "M" and "6M" indicators for presenting monthly and semiannual data; (4) the same red, yellow, and green color scheme to indicate increasingly favorable Recovery Scores; (5) a "breakdown" situated underneath the bar or line graph for that metric and including a horizontal, single-lined, and color-coded bar graph spanning nearly the entire width of the user interface; and (6) colorful dots situated underneath said "breakdown" to indicate Recovery Scores presented in the horizontal

and vertical bar graphs.  Moreover, the Bevel App's updated page, like other WHOOP Recovery Trends pages, includes a colorful line graph optionally including a shaded region indicating the user's typical range for that metric.



145.    As demonstrated below, the Bevel App's updated "Journal" page, like in prior versions of the Bevel App, is obviously, confusingly, and substantially similar to the WHOOP App's "Journal" page.  In addition to the similarities between the apps' Journal Pages described in the C&D Letter, the Bevel App's updated Journal page, like the WHOOP App, now includes: (1)  for each behavior tracked in the journal, a rounded rectangle on the righthand side of the screen for indicating a user selection; and (2) an "X" or "checkmark" situated within the rounded rectangles to indicate a user's positive or negative selection of a behavior.  As demonstrated below, these new features are obviously, substantially, and confusingly similar to the WHOOP App's Journal page:

83

| WHOOP App (C&D Screenshot) | Bevel App (C&D Screenshot) | WHOOP App (Updated Screenshot) | Bevel App (Updated Screenshot) |
| --- | --- | --- | --- |



146.    Upon information and belief, Bevel has engaged in and continues to engage in intentional and systematic copying of the WHOOP Trade Dress and of the WHOOP App's user interface with the express intention of confusing consumers and misappropriating the goodwill and business reputation built by WHOOP.

147.    In fact, Bevel explicitly implements WHOOP features at users' requests.  For example, Bevel's website has a "Request a Feature" page that allows Bevel users to formally request that a feature be added to the Bevel App.

148.    In one such request, a user requested that Bevel add a feature for visually tracking the user's hours slept against the hours of sleep the user needed.  According to the requester, "[t]his is a feature that whoop app has and is quite relevant."



149.    "Grey," who is on information and belief one of Bevel's founders, Grey Nguyen, responded to this comment, noting that he would "add this to the roadmap." Bevel employees then marked the feature "Planned (TBD)," which, on information and belief, is the designation applied to features that Bevel is working to implement into the Bevel App.

150.    In another instance, a Bevel user requested a "Lock Screen widget … containing strain, recovery, and sleep. Like Whoop does."

151.    Again, Bevel employees responded that Bevel would "add this to the roadmap" and marked the requested feature "Planned (TBD)."



152.    In another user request, which on information and belief is no longer available on Bevel's website, a user requested that the Bevel App present its stress data in the same way that WHOOP does. In response, Grey, who is on information and belief one of Bevel's founders, Grey Nguyen, marked the requested features "Complete."



153.    Some consumers have criticized Bevel's pattern of ripping off WHOOP, Inc.'s intellectual property.  For example, on August 22, 2024, Bevel posted an image of its "Strain" graphic with an explanatory caption.  In a comment on this post, one user remarked "It's like 'hey, let's steal from Whoop.'"



154.    Bevel's infringement of the WHOOP Trade Dress is likely to cause, and in fact has already caused, consumer confusion.  Indeed, numerous consumers have noted the many confusing similarities between the Bevel App and the WHOOP Trade Dress.

155.    For example, in a Reddit post on Bevel Health's sub-Reddit page, one user commented "Most of bevels [sic] interface is copied from whoop."  Another user commenting on the same post noted "I love Bevel, but they jacked Whoop's visuals."

156.    In a separate post on the Bevel Health sub-Reddit page, a user commented that "Bevel ripped off Whoop[.]"

157.    In yet another post on the Bevel Health sub-Reddit page, a user commented that "Bevel probably closest design to whoop.  Definitely feels like they tried to mimic whoop design."

158.    Users of the WHOOP sub-Reddit page have expressed similar sentiments.  For example, in a post on the WHOOP sub-Reddit page, one user noted that they "[r]ecently saw an ad for Bevel (app) that is literally whoop but uses whatever fitness device you have."  In response, a commenter observed that they "had to check company address after seeing [Bevel's] website.  Surprised me it wasn't yet another Chinese company when seeing the blatant[] copy of all other brands['] exact features and even naming…"

159.    In another post on the WHOOP sub-Reddit page, a user remarked that Bevel "cloned" WHOOP years after the WHOOP App's release.  In a separate post on the same sub-Reddit page, another user remarked that "Bevel was originally 100% a Whoop clone when it was first released."





160.    YouTube videos and comments also highlight the confusing similarities between the Bevel App and WHOOP Trade Dress.  For example, in a February 2026 YouTube video review

of the Bevel App, the video reviewer remarked: "So, as you can see here, Bevel looks a lot like the WHOOP App.  Like, eerily similar.  And actually, they call some of their metrics the same thing as WHOOP, which is kind of interesting, and I'm surprised they can get away with that."



161.    As another example, on September 10, 2025, Bevel uploaded a YouTube video that prominently features the Bevel App's user interface.  One viewer's comment on the video reads "Copy paste whoop?"



162.    Bevel's wholesale misappropriation of the WHOOP Trade Dress has already caused consumer confusion as to the origin, sponsorship, or approval of the Bevel App by WHOOP.

163.    The Bevel App's confusing similarity to the WHOOP Trade Dress is also evident on LinkedIn, where one user remarked—in a video that features the WHOOP Wearable—that the Bevel App "converts your Apple Watch into a 'Whoop'":



164.    Written reviews of the Bevel App also highlight its confusing and substantial similarity to the WHOOP Trade Dress.  For example, in a December 2025 article titled, "Bevel, the App That Turns Your Apple Watch Into a 'Whoop,' Is Now Free," the author characterizes the Bevel App as "giv[ing] you a Whoop-style dashboard that collects your health data in one place[.]"  The author further notes that the Bevel App's "gives a similar experience" to the WHOOP App's "integrated dashboard."

165.    Similarly, in a July 2025 article titled "Bevel (Sort of) Makes Your Apple Watch Act Like a Whoop," the author remarks that the features on the Bevel App's Home Screen are "similar to what you'll get on the home screen of Whoop[.]"

166.    The overwhelming, undeniable, and confusing similarities between the Bevel App and the WHOOP App are not accidental.  Rather, they are the product of **Bevel's** intentional and blatant copying of the WHOOP Copyrights and WHOOP Trade Dress.

90

167.    The Bevel App is available in a "Light Mode" and a "Dark Mode."  The above images of the Bevel App depict its "Dark Mode."  The Bevel App's "Light Mode," by contrast, features a white background.

168.    Upon information and belief, the Bevel App was available in the "Dark Mode" since approximately a week after the Bevel App was released.  Indeed, in a release note issued during the first "full week since the public release of Bevel," Bevel announced the release of the Bevel App's Dark Mode.



169.    For the reasons outlined above with respect to the Bevel App's Dark Mode, the Bevel App's Light Mode is substantially and confusingly similar to the WHOOP App's User Interface and the WHOOP Trade Dress.  For example, the Bevel YouTube video mentioned above prominently featured the Bevel App's Light Mode.  Still, a user commented on the video "Copy paste whoop?"



170.    Similarly, in the Bevel Instagram post mentioned above, one user commented "It's like 'hey, let's steal from Whoop'" even though the Instagram post featured an image from the Bevel App's Light Mode.



171.    Bevel continues to infringe the WHOOP Trade Dress and WHOOP Copyrights, despite being put on notice thereof in the C&D Letter.

172.    Bevel's continued unauthorized use of the WHOOP Trade Dress and WHOOP Copyrights in connection with highly similar yet inferior services will continue to cause consumer confusion and irreparable harm to WHOOP, its goodwill, and its reputation in the marketplace.

**Bevel's Patent Infringement**

173.    WHOOP incorporates by reference Exhibit S, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claims 1 and 17 of the '279 Patent, literally and/or under the doctrine of equivalents.

174.    WHOOP incorporates by reference Exhibit T, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '946 Patent, literally and/or under the doctrine of equivalents.

175.    WHOOP incorporates by reference Exhibit U, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '112 Patent, literally and/or under the doctrine of equivalents.

176.    WHOOP incorporates by reference Exhibit V, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '226 Patent, literally and/or under the doctrine of equivalents.

<u>**COUNT I**</u>
**COPYRIGHT INFRINGEMENT**
*U.S. Copyright Act, 17 U.S.C. § 101 et. seq.*

177.    WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

178.    WHOOP is the owner of the WHOOP Copyrights and of the WHOOP App.

179.    The WHOOP App constitutes original, expressive work, including the computer program and its output graphical user interfaces, subject to protection under the copyright laws of the United States, including through the WHOOP Copyrights.

180.    WHOOP is the sole owner of all its rights, title, and interest in and to all copyrights in the WHOOP App and has properly registered copyrights with the U.S. Copyright Office.

181.    The WHOOP App contains original material, code, and screen displays, and is copyrightable subject matter immediately upon creation under applicable law.

182.    The graphical user interfaces protected by the WHOOP Copyrights include copyrightable, expressive matter.

183.    Bevel has no right or authority to copy, modify, display, or otherwise distribute the copyright-protected graphical user interfaces of the WHOOP App.

184.    On information and belief, without authorization or consent, Bevel copied the copyright-protected graphical user interfaces of the WHOOP App.

185.    On information and belief, Bevel has advertised and distributed and continues to advertise and distribute products, services, and/or software that copy the copyright-protected graphical user interfaces of the WHOOP App.

186.    On information and belief, Bevel's acts of infringement are knowing, willful, and deliberate.

187.    Bevel's conduct infringes the WHOOP Copyrights in violation of the Federal Copyright Act, 17 U.S.C. § 501, *et seq.*

188.    As a direct and proximate result of Bevel's acts of infringement, WHOOP has suffered, and will continue to suffer, actual and irreparable injury for which there is no adequate remedy at law.

## COUNT II
### FEDERAL TRADE DRESS INFRINGEMENT
*Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)*

189.    WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

190.    WHOOP has valid trade dress rights in the WHOOP Trade Dress, which are protected by Section 43(a) of the Lanham Act.

191.    For at least the reasons described above, the WHOOP Trade Dress is distinctive, non-functional, and has been distinctive since long before the Bevel App was first released.

192.    WHOOP has neither permitted nor authorized Bevel to use the WHOOP Trade Dress.  As explained in the C&D Letter, Bevel's use of the WHOOP Trade Dress is in willful disregard of WHOOP, Inc.'s rights to control its intellectual property.

193.    Bevel's unauthorized use of the WHOOP Trade Dress in commerce, as described above, has caused and is likely to cause confusion, mistake, or deception, and is likely to cause and has caused consumers to believe incorrectly that the Bevel App and/or Bevel is produced, sponsored, authorized, or licensed by or is otherwise connected to or affiliated with WHOOP.

194.    Accordingly, the Bevel App infringes the WHOOP Trade Dress.

195.    Upon information and belief, Bevel's acts of trade dress infringement were willfully undertaken with the express purpose of causing confusion among reasonably prudent consumers in the marketplace so that Bevel could take unfair advantage of WHOOP, Inc.'s reputation and goodwill by causing confusion and mistake among reasonably prudent consumers in the marketplace and the public to deceive the public into believing that the Bevel App is associated with, sponsored by, originated from, or approved by WHOOP, when it is not.  Bevel's

willful and unauthorized use of the WHOOP Trade Dress has harmed and will result in future harm to the reputation of WHOOP and its goodwill in its WHOOP Trade Dress in the marketplace.

196.    Bevel's infringing acts are willful, wanton, reckless, and intended to confuse the public and to injure WHOOP.    Thus, Bevel's activities constitute willful and intentional infringement of the WHOOP Trade Dress in total disregard of WHOOP, Inc.'s rights and were done despite Bevel's explicit knowledge that its use and sale of the WHOOP Trade Dress was and is in direct contravention WHOOP, Inc.'s rights.

197.    As a direct and proximate result of the foregoing acts, WHOOP has suffered and will continue to suffer significant injuries in an amount to be determined at trial, and Bevel has derived and received gains, profits, and advantages.

198.    WHOOP is entitled to recovery all damages, including attorneys' fees, that it has sustained and will sustain, and all gains, profits, and advantages obtained by Bevel as a result of its infringing acts.

199.    There is no adequate remedy at law that can fully compensate WHOOP for the harm caused by Bevel's infringement, which is ongoing.    Accordingly, WHOOP is entitled to injunctive relief prohibiting Bevel from continuing to infringe the WHOOP Trade Dress or any designs confusingly similar thereto.

## COUNT III
### INFRINGEMENT OF U.S. PATENT NO. 11,602,279
*U.S. Patent Act*, 35 U.S.C. § 100 *et seq.*

200.    WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

201.    Bevel has and continues to, directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe at least Claims 1 and 17 of the '279 Patent by making, using, offering to sell, and/or selling its mobile application.

202.    WHOOP incorporates by reference Exhibit S, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claims 1 and 17 of the '279 Patent, literally and/or under the doctrine of equivalents.

203.    Bevel knows, and has known, that its mobile app infringes the '279 Patent, including at least Claims 1 and 17.  Bevel has known of this infringement since at least approximately September 2023, in or about which WHOOP began explicitly associating the WHOOP App with the '279 Patent on its website, explaining that "[t]he WHOOP® products listed below are covered by at least the indicated US patents.  Additional US patent applications and non-US patents may cover these products."  *See* Exhibit P.

204.    Alternatively or additionally, Bevel has known of this infringement since at least approximately October 29, 2024, when WHOOP sent Bevel the C&D Letter putting Bevel on express notice of its patent rights, and explicitly identifying the '279 Patent.  A true and correct copy of the cease and desist letter is attached hereto as Exhibit R and incorporated herein by reference.

205.    Alternatively or additionally, Bevel has known of this infringement since at least the filing date of this Complaint and Exhibit S, which expressly identifies the '279 Patent and

97

provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claims 1 and 17 of the '279 Patent, respectively.

206. Alternatively or additionally, Bevel has been willfully blind to this infringement since approximately the above dates.

207. Bevel has also actively encouraged its users to directly infringe the '279 Patent, including at least Claims 1 and 17, through at least its website marketing, product descriptions, and instructional content. For example, Bevel has made tutorials available on the webpage https://www.youtube.com/@bevelhealth/videos. A reproduction of that webpage is attached as Exhibit W.

208. The video tutorials provided on that webpage encourage Bevel's users to use Bevel's app in ways that Bevel knows infringe the '279 Patent, including at least Claims 1 and 17.

209. Based on at least the foregoing, Bevel has induced infringement of the '279 Patent pursuant to 35 U.S.C. § 271(b), including at least Claims 1 and 17.

210. Based on the foregoing, WHOOP is entitled to damages under 35 U.S.C. § 284 from Bevel in the form of reasonable royalties and/or lost profits.

211. WHOOP is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287(a), at least by providing Bevel with actual notice of its claim that Bevel infringes the '279 Patent and/or by identifying the '279 Patent on its website.

212. Based on the foregoing, Bevel has willfully infringed the '279 Patent, including at least Claims 1 and 17, entitling WHOOP to increased or enhanced damages from Bevel pursuant to 35 U.S.C. § 284.

213. Based on the foregoing, this is also an exceptional case, entitling WHOOP to an award of its attorneys' fees from Bevel pursuant to 35 U.S.C. § 285.

214. Bevel's infringing acts have directly harmed WHOOP, at least because Bevel's infringing acts have negatively impacted the U.S. market for the WHOOP App, which practices the '279 Patent, including at least Claims 1 and 17.

215. The harm directly suffered by WHOOP has a causal connection to Bevel's infringing acts. For example, the features claimed by the '279 Patent, including at least Claims 1 and 17, which Bevel infringes, contribute significantly to consumer demand for the WHOOP App within the United States.

216. Bevel's infringing acts have caused and will continue to cause WHOOP irreparable harm for which it has no adequate remedy at law, at least because Bevel's infringing acts have caused lost sales and lost market share within the U.S. market, with respect to WHOOP.

217. WHOOP is not aware of any public interest that would be disserved if the Court were to enjoin Bevel from continuing to engage in infringing acts.

218. Based on the foregoing, WHOOP is entitled to injunctive relief that at least prohibits Bevel from continuing to infringe the '279 Patent.

**COUNT IV**
**INFRINGEMENT OF U.S. PATENT NO. 11,627,946**
*U.S. Patent Act*, 35 U.S.C. § 100 *et seq.*

219. WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

220. Bevel has and continues to, directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe at least Claim 4 of the '946 Patent by making, using, offering to sell, and/or selling, its mobile application.

99

221. WHOOP incorporates by reference Exhibit T, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '946 Patent, literally and/or under the doctrine of equivalents.

222. Bevel knows, and has known, that its mobile app infringes the '946 Patent, including at least Claim 4. Bevel has known of this infringement since at least approximately October 29, 2024, when WHOOP sent Bevel the C&D Letter putting Bevel on express notice of its patent rights, and explicitly identifying the '946 Patent. *See* Exhibit R.

223. Alternatively or additionally, Bevel has known of this infringement since at least the filing date of this Complaint and Exhibit T, which expressly identifies the '946 Patent and provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '946 Patent, respectively.

224. Alternatively or additionally, Bevel has been willfully blind to this infringement since approximately the above dates.

225. Bevel has also actively encouraged its users to directly infringe the '946 Patent, including at least Claim 4, through at least its website marketing, product descriptions, and instructional content. For example, Bevel has made tutorials available on the webpage https://www.youtube.com/@bevelhealth/videos. *See* Exhibit W.

226. The video tutorials provided on that webpage encourage Bevel's users to use Bevel's app in ways that Bevel knows infringe the '946 Patent, including at least Claim 4.

227. Based on at least the foregoing, Bevel has induced infringement of the '946 Patent pursuant to 35 U.S.C. § 271(b), including at least Claim 4.

228. Based on the foregoing, WHOOP is entitled to damages under 35 U.S.C. § 284 from Bevel in the form of reasonable royalties and/or lost profits.

100

229.    WHOOP is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287(a), at least by providing Bevel with actual notice of its claim that Bevel infringes the '946 Patent.[1]

230.    Alternatively, to the extent that WHOOP has asserted only method claims of the '946 Patent, WHOOP is entitled to recover pre-suit damages because § 287(a) does not apply. *Crown Packaging Tech., Inc. v. Rexam Beverage Can Co.*, 559 F.3d 1308, 1316–17 (Fed. Cir. 2009).

231.    Based on the foregoing, Bevel has willfully infringed the '946 Patent, including at least Claim 4, entitling WHOOP to increased or enhanced damages from Bevel pursuant to 35 U.S.C. § 284.

232.    Based on the foregoing, this is also an exceptional case, entitling WHOOP to an award of its attorneys' fees from Bevel pursuant to 35 U.S.C. § 285.

233.    Bevel's infringing acts have directly harmed WHOOP, at least because Bevel's infringing acts have negatively impacted the U.S. market for the WHOOP App, which practices the '946 Patent, including at least Claim 4.

234.    The harm directly suffered by WHOOP has a causal connection to Bevel's infringing acts.  For example, the features claimed by the '946 Patent, including at least Claim 4, which Bevel infringes, contribute significantly to consumer demand for the WHOOP App within the United States.

235.    Bevel's infringing acts have caused and will continue to cause WHOOP irreparable harm for which it has no adequate remedy at law, at least because Bevel's infringing acts have caused lost sales and lost market share within the U.S. market, with respect to WHOOP.

---

[1] The notice provisions of § 287 do not apply to patents directed to processes or methods, however.

236.     WHOOP is not aware of any public interest that would be disserved if the Court were to enjoin Bevel from continuing to engage in infringing acts.

237.     Based on the foregoing, WHOOP is entitled to injunctive relief that at least prohibits Bevel from continuing to infringe the '946 Patent.

**COUNT V**
**INFRINGEMENT OF U.S. PATENT NO. 12,220,112**
*U.S. Patent Act*, 35 U.S.C. § 100 *et seq.*

238.     WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

239.     Bevel has and continues to, directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe at least Claim 4 of the '112 Patent by making, using, offering to sell, and/or selling its mobile application.

240.     WHOOP incorporates by reference Exhibit U, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '112 Patent, literally and/or under the doctrine of equivalents.

241.     Bevel knows, and has known, that its mobile app infringes the '112 Patent, including at least Claim 4.  Bevel has known of or has been willfully blind to this infringement since approximately February 11, 2025 (the date the '112 Patent issued), at least because the '112 Patent is in the same family as the '946 Patent, which was explicitly identified in the October 2024 C&D Letter to Bevel.  On information and belief, Bevel has continued to monitor WHOOP, Inc.'s patent portfolio and prosecution activities since at least October 2024.

242.     Alternatively or additionally, Bevel has known of this infringement since at least the filing date of this Complaint and Exhibit U, which expressly identifies the '112 Patent and

provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '112 Patent, respectively.

243.    Bevel has also actively encouraged its users to directly infringe the '112 Patent, including at least Claim 4, through at least its website marketing, product descriptions, and instructional content.   For example, Bevel has made tutorials available on the webpage https://www.youtube.com/@bevelhealth/videos.  *See* Exhibit W.

244.    The video tutorials provided on that webpage encourage Bevel's users to use Bevel's app in ways that Bevel knows infringe the '112 Patent, including at least Claim 4.

245.    Based on the foregoing, WHOOP is entitled to damages under 35 U.S.C. § 284 from Bevel in the form of reasonable royalties and/or lost profits.

246.    WHOOP is entitled to recover damages for pre-suit infringement because it has met its obligations under 35 U.S.C. § 287.

247.    Alternatively, to the extent that WHOOP has asserted only method claims of the '112 Patent, WHOOP is entitled to recover pre-suit damages because § 287(a) does not apply. *Crown Packaging*, 559 F.3d at 1316–17.

248.    Based on the foregoing, this is also an exceptional case, entitling WHOOP to an award of its attorneys' fees from Bevel pursuant to 35 U.S.C. § 285.

249.    Bevel's infringing acts have directly harmed WHOOP, at least because Bevel's infringing acts have negatively impacted the U.S. market for the WHOOP App, which practices the '112 Patent, including at least Claim 4.

250.    The harm directly suffered by WHOOP has a causal connection to Bevel's infringing acts.  For example, the features claimed by the '112 Patent, including at least Claim 4,

which Bevel infringes, contribute significantly to consumer demand for the WHOOP App within the United States.

251. Bevel's infringing acts have caused and will continue to cause WHOOP irreparable harm for which it has no adequate remedy at law, at least because Bevel's infringing acts have caused lost sales and lost market share within the U.S. market, with respect to WHOOP.

252. WHOOP is not aware of any public interest that would be disserved if the Court were to enjoin Bevel from continuing to engage in infringing acts.

253. Based on the foregoing, WHOOP is entitled to injunctive relief that at least prohibits Bevel from continuing to infringe the '112 Patent.

**<u>COUNT VI</u>**
**INFRINGEMENT OF U.S. PATENT NO. 12,318,226**
*U.S. Patent Act*, 35 U.S.C. § 100 *et seq.*

254. WHOOP incorporates by reference the allegations set forth above as though fully set out herein.

255. Bevel has and continues to, directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe at least Claim 4 of the '226 Patent by making, using, offering to sell, and/or selling its mobile application.

256. WHOOP incorporates by reference Exhibit V, which provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '226 Patent, literally and/or under the doctrine of equivalents.

257. Bevel has known of this infringement since at least the filing date of this Complaint and Exhibit V, which expressly identifies the '226 Patent and provides non-limiting examples demonstrating that Bevel's mobile app infringes at least Claim 4 of the '226 Patent, respectively.

258. Bevel has also actively encouraged its users to directly infringe the '226 Patent, including at least Claim 4, through at least its website marketing, product descriptions, and instructional content. For example, Bevel has made tutorials available on the webpage https://www.youtube.com/@bevelhealth/videos. *See* Exhibit W.

259. The video tutorials provided on that webpage encourage Bevel's users to use Bevel's app in ways that Bevel knows infringe the '226 Patent, including at least Claim 4.

260. Based on the foregoing, WHOOP is entitled to damages under 35 U.S.C. § 284 from Bevel in the form of reasonable royalties and/or lost profits.

261. WHOOP is entitled to recover damages for pre-suit infringement because it has met its obligations under 35 U.S.C. § 287.

262. Alternatively, to the extent that WHOOP has asserted only method claims of the '226 Patent, WHOOP is entitled to recover pre-suit damages because § 287(a) does not apply. *Crown Packaging*, 559 F.3d at 1316–17.

263. Based on the foregoing, this is also an exceptional case, entitling WHOOP to an award of its attorneys' fees from Bevel pursuant to 35 U.S.C. § 285.

264. Bevel's infringing acts have directly harmed WHOOP, at least because Bevel's infringing acts have negatively impacted the U.S. market for the WHOOP App, which practices the '226 Patent, including at least Claim 4.

265. The harm directly suffered by WHOOP has a causal connection to Bevel's infringing acts. For example, the features claimed by the '226 Patent, including at least Claim 4, which Bevel infringes, contribute significantly to consumer demand for the WHOOP App within the United States.

266. Bevel's infringing acts have caused and will continue to cause WHOOP irreparable harm for which it has no adequate remedy at law, at least because Bevel's infringing acts have caused lost sales and lost market share within the U.S. market, with respect to WHOOP.

267. WHOOP is not aware of any public interest that would be disserved if the Court were to enjoin Bevel from continuing to engage in infringing acts.

268. Based on the foregoing, WHOOP is entitled to injunctive relief that at least prohibits Bevel from continuing to infringe the '226 Patent.

**JURY DEMAND**

269. Pursuant to Federal Rule of Civil Procedure 38(b), WHOOP hereby requests a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, WHOOP requests entry of judgment against Bevel on each and every claim as set forth above and an award of relief, including the following:

A. An Order in favor of WHOOP and against Bevel on the claim of trade dress infringement under 15 U.S.C. § 1125(a) and adjudging that Bevel has infringed the WHOOP Trade Dress.

B. That an accounting be ordered to determine Bevel's profits resulting from its trade dress infringement.

C. An Order directing Bevel to account for its profits resulting from its trade dress infringement.

D. An Order awarding WHOOP monetary relief in an amount to be fixed by the Court in its discretion as it finds just as an equitable remedy and as a remedy under 15 U.S.C. § 1117, including:

1. All profits received by Bevel from sales and revenues of any kind made as a result of their infringing actions, said amount to be trebled;

2. All damages sustained by WHOOP as a result of Bevel's acts of trade dress infringement; and

3. The costs of this action.

E.  That such damages and profits be trebled and awarded to WHOOP pursuant to 15 U.S.C. § 1117.

F.  An Order that Bevel and its officers, directors, agents, servants, affiliates, employees, subsidiaries, parents, licensees, assigns, and customers, and all others acting in concert or participation with them, be temporarily, preliminarily, and permanently enjoined and restrained from further acts of infringement of the WHOOP Trade Dress, including:

1. using the WHOOP Trade Dress or any design features that are confusingly similar thereto;

2. offering, promoting, or selling the Bevel App and/or any product that uses the WHOOP Trade Dress and/or anything confusingly similar thereto;

3. representing by any means whatsoever, directly or indirectly, that Bevel or any of its products, services, or activities are associated, connected, or affiliated with WHOOP, and/or sponsored, authorized, or licensed by WHOOP;

4. effecting any assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above;

5. falsely designating the origin of Bevel's goods or services;

6. unfairly competing with WHOOP in any manner whatsoever;

7. causing a likelihood of confusion or injuries to the business reputation of WHOOP;

8. aiding, abetting, contributing to, or otherwise assisting anyone in engaging or performing any of the activities referred to in subparagraphs (1)–(7).

G. An Order directing Bevel to, within 30 days after the entry of the permanent injunction, file with this Court and serve on the attorneys for WHOOP a report in writing and under oath setting forth in detail the manner and form in which Bevel has complied with the injunction.

H. An Order adjudging that Bevel has infringed and continues to infringe the WHOOP Copyrights.

I. Damages under 17 U.S.C. § 504, including (i) actual damages and Bevel's profits attributable to the infringement; or (ii) statutory damages up to $150,000 per infringed work for willful infringement.

J. Injunctive relief pursuant to 17 U.S.C. § 502, enjoining Bevel from further infringement of WHOOP, Inc.'s copyrighted works.

K. Impoundment and destruction of all infringing materials under 17 U.S.C. § 503, including advertisements and other content incorporating the copyrighted works.

L. An Order adjudging that Bevel has infringed and continues to infringe the Asserted Patents.

M. An Order that Bevel pay to WHOOP actual damages in the form of lost profits, or in the alternative, other damages adequate to compensate WHOOP for damages resulting from Bevel's infringement of the Asserted Patents, but in no event less than a reasonable royalty for the use made of the patented inventions by Bevel, in accordance with 35 U.S.C. § 284.

N.    A preliminary and permanent injunction that, at a minimum, prohibits Bevel, its officers, agents, employees, and all persons or entities acting in concert with Bevel from any and all acts of infringement of any of the Asserted Patents, including making, using, offering to sell, selling, advertising, marketing, importing into the United States, or promoting any technology and/or mobile application that practices, embodies, and/or otherwise incorporates any of Asserted Patents, or any substantially similar technology and/or mobile app.

O.    Any further necessary and proper relief as this Court may deem just and proper.

P.    A determination that Bevel's infringement of the Asserted Patents has been and is willful.

Q.    An order adjudging that this is an exceptional case.

R.    An Order awarding WHOOP its attorneys' fees, expenses, and costs incurred by WHOOP in connection with this action pursuant to 35 U.S.C. §§ 284–285, 15 U.S.C. § 1117 and/or 17 U.S.C. § 505.

S.    An Order for trebling of damages and/or exemplary damages because of Defendant's willful conduct pursuant to 35 U.S.C. § 284 and/or 15 U.S.C. § 1117.

T.    An Order awarding pre-judgment and post-judgment interest. and costs of this action against Bevel.

U.    Such other relief as the Court may deem just and proper.

Dated: March 17, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Fax: (302) 574-3001
amy.dudash@morganlewis.com

Joshua M. Dalton (*pro hac vice* forthcoming)
Tessa A. Ruff (*pro hac vice* forthcoming)
MORGAN, LEWIS, & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel.: (617)-341-7700
Facsimile: (617)-341-7701
josh.dalton@morganlewis.com
tessa.ruff@morganlewis.com

Matthew J. Rizzolo (*pro hac vice* forthcoming)
MORGAN, LEWIS, & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Facsimile: (202) 739-3001
matthew.rizzolo@morganlewis.com

Anna Johnson (*pro hac vice* forthcoming)
MORGAN, LEWIS, & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Fax: (215) 963-5001

John Hendershott (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 309-6000

110

Facsimile: (212) 309-6001
jack.hendershott@morganlewis.com

*Counsel for Plaintiff WHOOP, Inc.*