# EXHIBIT J

**Registration Number**

# TX 9-450-902

**Effective Date of Registration:**
November 18, 2024
**Registration Decision Date:**
December 10, 2024

## Title

**Title of Work:**    Whoop App Join-Flow 2023

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    June 01, 2023
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Whoop, Inc.
**Author Created:**    computer program
**Work made for hire:**    Yes
**Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Whoop, Inc.
One Kenmore Square, #601, Boston, MA, 02215, United States

## Rights and Permissions

**Organization Name:**    Whoop, Inc.
**Address:**    One Kenmore Square, #601
Attn: Legal Department
Boston, MA 02215 United States

## Certification

**Name:**    Travis Lang
**Date:**    November 18, 2024

Page 1 of 2

**Applicant's Tracking Number**:    129471-0005