# EXHIBIT K

**Registration Number**

# TX 9-436-456

**Effective Date of Registration:**
October 02, 2024
**Registration Decision Date:**
October 17, 2024

## Title

**Title of Work:**    Whoop App Join-Flow 2024

## Completion/Publication

**Year of Completion:**    2024
**Date of 1st Publication:**    September 19, 2024
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Whoop, Inc.
  **Author Created:**    computer program
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    Whoop, Inc.
One Kenmore Square, #601, Boston, MA, 02215, United States

## Limitation of copyright claim

**Material excluded from this claim:**    Previously published version of this computer program

**New material included in claim:**    computer program

## Rights and Permissions

**Organization Name:**    Whoop, Inc.
**Address:**    One Kenmore Square, #601
Attn: Legal Department
Boston, MA 02215 United States

## Certification

                               **Name:**  Travis Lang
                               **Date**:  October 02, 2024
**Applicant's Tracking Number**:  129471-0005