# EXHIBIT Q

Case 1:26-cv-00289-MN    Document 1-17    Filed 03/17/26    Page 2 of 15 PageID #: 417

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now

# How WHOOP works

JOIN NOW

Case 1:26-cv-00289-MN   Document 1-17   Filed 03/17/26   Page 3 of 15 PageID #: 418

Discover exclusive membership benefits for Chase Sapphire® cardholders.   <u>Explore Now</u>





# you moving forward

The WHOOP device and app work together to turn your data into clear, personalized coaching. Get daily guidance to make informed decisions, build healthier habits, and improve your long-term health.

JOIN NOW

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now



WHOOP is always on—whether it's on your wrist, worn with WHOOP Body, or charging—so you never miss a second of data.

**monitor everything**

WHOOP measures the metrics that have the biggest impact on your health across sleep, strain, stress, recovery, and more.

WHOOP delivers recommendations that translate your body's data into clear guidance, helping you adjust habits and behaviors to improve your performance and health.

Every choice adds up—WHOOP helps you create habit changes that lead to better health and peak performance.

● ● ● ●

# From metrics to meaningful insights

JOIN NOW

Discover exclusive membership benefits for Chase Sapphire® cardholders. Explore Now



## Optimize sleep

**01  Track your sleep stages**

WHOOP tracks all four stages of sleep — slow wave sleep (SWS), REM, light, and awake — with near-perfect accuracy. Each stage serves a different purpose in your recovery.

**02  Understand your sleep need**

**03  Optimize your sleep performance**

JOIN NOW

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now



05  View your sleep trends

# Extend your performance for years to come

Healthspan analyzes nine key metrics to calculate your WHOOP Age and assess whether your body is aging faster or slower than your biological age. Backed by longevity research, Healthspan highlights daily actions that affect your long term health most — and shows you exactly where to improve.

JOIN NOW



Discover exclusive membership benefits for Chase Sapphire® cardholders. Explore Now



# Understand your unique body and cycle

JOIN NOW

 Discover exclusive membership benefits for Chase Sapphire® cardholders. Explore Now





## Understand hormonal changes

Track your cycle, log symptoms, and discover how hormonal shifts affect your sleep, recovery, and training.

## Support your body through pregnancy

Stay in tune with your body during pregnancy with personalized guidance and weekly insights to optimize your sleep, hydration, and more.

## Stay aligned with your body

Start your day with real-time insights on your cycle phase, so you can align your day with your body's needs.

JOIN NOW

Case 1:26-cv-00289-MN    Document 1-17    Filed 03/17/26    Page 9 of 15 PageID #: 424

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now





**TODAY'S READING**

**118/78**

# Get Daily Blood Pressure Insights

Patent-pending technology collects thousands of biometric data points overnight to provide you with automatic estimated systolic and diastolic ranges. Learn how your blood pressure affects your well-being and performance[4].

JOIN NOW

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now



## 01  Take on-demand ECGs

Get a snapshot of your heart's electrical activity and detect potential signs of AFib. To start an ECG reading[2] use the WHOOP app, then place your thumb and index finger on the sides of your clasp.

## 02  Share your heart health data

## 03  Stay informed

JOIN NOW

Case 1:26-cv-00289-MN Document 1-17 Filed 03/17/26 Page 11 of 15 PageID #: 426

Discover exclusive membership benefits for Chase Sapphire® cardholders. Explore Now



# What to expect in the first 30 days

Your WHOOP calibrates to you—because no two bodies are the same. It analyzes your data, builds a personal baseline, and delivers insights tailored to your physiology.

**JOIN NOW**

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now





Welcome to WHOOP, Kevin

4.8

STRAIN

## Establish your baseline

From the moment you put on WHOOP, it begins measuring key health metrics like sleep, strain, recovery, and heart health. Right away, you'll see insights on your heart rate, respiratory rate, steps, and stress.

**JOIN NOW**

Case 1:26-cv-00289-MN    Document 1-17    Filed 03/17/26    Page 13 of 15 PageID #: 428

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now



**2. ECG**: This feature is not intended for users with known arrhythmias other than AFib or users under 22 years old. It is not recommended for users with a cardiac pacemaker, ICDs or other implanted electronic devices. ECG is a medically regulated feature and is not available in every region. Find out where else it's available here.

Within EU/UK ECG is **not available** in the following regions: Faroe Islands (FO) - Not available yet, Guernsey (GG)- Not available yet, Isle of Man (IM) - Not available yet, Jersey (JE) - Not available yet, Monaco (MC) - Not available yet, Greenland (GL) - Not available yet

**3. Irregular Heart Rhythm Notifications (IHRN)**: This feature is not intended for users with known atrial fibrillation or users under 22 years old. IHRN is a medically regulated feature and is not currently available in every region. Find out where else it's available here.

Within EU/UK IHRN is **not available** in the following regions: Faroe Islands (FO) - Not available yet, Guernsey (GG)- Not available yet, Isle of Man (IM) - Not available yet, Jersey (JE) - Not available yet, Monaco (MC) - Not available yet, Greenland (GL) - Not available yet

**4. Blood Pressure Insights (Beta)**: Blood Pressure Insights is not a medical device and cannot diagnose or manage medical conditions. It does not provide medical advice. Always consult your doctor for health concerns and never delay or modify medical care based on its information. Blood Pressure Insights is not intended for use if you are pregnant or on blood pressure medication.

**5. Women's Hormonal Insights**: Menstrual Cycle Insights is not a medical device or medical advice and should not be used for conception or contraception. All phases, including the ovulatory phase, are estimates.

**6. WHOOP Advanced Labs:** WHOOP Advanced Labs is only available in the United States and requires an active WHOOP membership or trial. You must be 18 years or older and not pregnant to participate. Advanced Labs testing is not available in Arizona, Hawaii, Wyoming, North Dakota, or South Dakota; however, tests may be completed out of state. If you are within 20 weeks postpartum, weigh under 100 lbs (45 kg), have severe anemia (Hb < 8 g/dL), or have recently undergone surgery, we recommend waiting until you have been cleared by your clinician before testing.

Support

Member Support

Order Status

Rejoin WHOOP

Company

Support

JOIN NOW

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now

Ⓦ

### Legal

Terms of Use

Terms of Sale

Sales Terms

Privacy

Minimum Advertised Pricing Policy

Security

Patent

Full Privacy Policy

Consumer Health Notice

### Partner

Become an Affiliate

Developers

### Join WHOOP

Get WHOOP

Refer a Friend

Gift WHOOP

Corporate Gifting

Accessories

Hero Discounts

Student Discount

Store Locator

### The Locker

The Locker

Press Center

JOIN NOW

Enter your email

Submit

Case 1:26-cv-00289-MN    Document 1-17    Filed 03/17/26    Page 15 of 15 PageID #: 430

Discover exclusive membership benefits for Chase Sapphire® cardholders.    Explore Now

WHOOP

Our mission at WHOOP is to unlock human performance and Healthspan.

© 2026 WHOOP

JOIN NOW