# EXHIBIT R

# Morgan Lewis

**Joshua M. Dalton**
+1.617.951.8284
Josh.dalton@morganlewis.com

October 29, 2024

**SENT VIA FEDERAL EXPRESS AND EMAIL
(GREY@BEVEL.HEALTH; HELLO@BEVEL.HEALTH)**

Mr. Grey Nguyen
Chief Executive Officer
Finerpoint, Inc. d/b/a Bevel
230 7th Ave. #Fl 3
New York, NY 10011

**Re:    Cease and Desist--Infringement of WHOOP, Inc. ("WHOOP")
Intellectual Property by Finerpoint, Inc. d/b/a Bevel ("Bevel")**

Dear Mr. Nguyen:

We are counsel to WHOOP.  We are writing you directly regarding Bevel's ongoing infringement of a variety of WHOOP intellectual property because we are not aware of Bevel's counsel, if any, on such matters.  As a courtesy, we are copying the attorney of record on your pending trademark application for BEVEL, Tim Billick of TBillick Law PLLC.  If you prefer that we speak directly to Mr. Billick or other outside counsel, please let us know.

Since its founding in 2012, WHOOP has aimed to provide hardware, software, and analytics to unlock human performance.  Through research, development, and innovation, WHOOP has pioneered ways to improve on that mission.  For WHOOP, innovation is the cornerstone of its business.

WHOOP was the first company to offer detailed fitness assessments based on the pillars of Strain, Recovery, and Sleep.  These pillars help users to better understand how their bodies were behaving and better unlock their potential.

Over the years, WHOOP has built on these foundational pillars by launching a series of innovative improvements.  Below are just some of the innovations that WHOOP brought to market ahead of its competitors that many have tried to replicate.

- **Strain** - WHOOP was the first wearable to introduce a new metric called "Strain" to the market to track exertion.  WHOOP created the Strain metric, a scale from 0-21, as a unique measure of exertion.  Originally, this was focused on cardiovascular strain but today WHOOP has expanded the algorithm to include musculoskeletal strain.

**Morgan, Lewis & Bockius LLP**

One Federal Street
Boston, MA  02110-1726           **T** +1.617.341.7700
United States                    **F** +1.617.341.7701

DB1/ 151578676.17

Mr. Grey Nguyen
October 29, 2024
Page 2

- **Journal** - Part of the daily habit of WHOOP is completing the journal feature. The WHOOP Journal allows a user to track various behaviors on a daily basis in order to see the effect of those behaviors on the user's physiological metrics.  This enables the data in the WHOOP mobile application (the "WHOOP App") to be personalized and increases the effectiveness of actionable insights.

- **Health Monitor** - Health Monitor was launched in September 2021 to display a user's key health metrics in a single place within the WHOOP App.  These metrics include heart rate, heart rate variability ("HRV"), respiratory rate, blood oxygen level and skin temperature.

- **Stress Monitor** - In March 2023, WHOOP became the first wearable to measure daily stress levels and implement stress reduction interventions in real-time with the launch of Stress Monitor in the WHOOP App.  Stress Monitor closely tracks daily stress levels in real-time and coaches users through scientifically-validated approaches to managing physiological stress.

- **Strength Trainer** - In April 2023, WHOOP became the first wearable to measure both cardiovascular strain and muscular strain through the launch of Strength Trainer in the WHOOP App.  Strength Trainer quantifies the muscular load of a user's workouts by tracking weights, reps, and sets for a comprehensive view of a user's training efforts.

As a result of its history of innovation, WHOOP has become widely heralded as an industry leader, with a growing legion of dedicated users.

It is apparent from our detailed review of Bevel's mobile application (the "Bevel App") and website that Bevel would agree that WHOOP is an industry leader.  Unfortunately, rather than forging its own path, Bevel has slavishly aped the WHOOP App to stand up a business without doing its own research, development, or innovation.  Indeed, the Bevel App represents a nearly screen-for-screen copy of the WHOOP App, and goes far beyond any degree of similarity necessary to simply compete fairly with WHOOP and its competitors.

As detailed below, Bevel's wholesale misappropriation of the WHOOP App runs afoul of WHOOP intellectual property rights, and Bevel's ongoing infringement of those rights must immediately cease and desist.

Mr. Grey Nguyen
October 29, 2024
Page 3

### BEVEL'S BLATANT COPYING OF THE WHOOP MOBILE APPLICATION

By way of just a handful of literally dozens of examples, the following compares screens and features from the WHOOP App with those in the Bevel App:

### Home Screen



- **Navigation layout:** The grouping and hierarchy of navigation items (primary metrics first, followed by other features like "Coaching" and "Health Monitor") are identical.

- **Core navigation (Strain, Recovery, Sleep):** Both apps use the same core navigation categories in the top bar.

- **"Today" text feature:** Both apps include a "Today" section that, when clicked, takes users to a calendar for viewing past data.

- **"Coaching" feature:** Bevel's "Coaching" feature is in the same screen position as the WHOOP "Coach" feature and serves a similar function (providing recommendations).

- **Stress monitoring:** Both apps include a stress monitoring feature with similar indicators (low, medium, high) and time-of-day information.

- **Health monitoring**: As detailed further below, both apps include a health monitoring feature displaying the same set of health metrics—Respiratory Rate (RR), Resting Heart Rate (RHR), Heart Rate Variability (HRV), Oxygen Saturation (SpO2), and Wrist Temperature (Temp).

Mr. Grey Nguyen
October 29, 2024
Page 4

## Home – Homepage Health Monitor Comparison



- **Metrics displayed (RR, RHR, HRV, SpO2, Temp)**: Both apps display the same set of health metrics—Respiratory Rate (RR), Resting Heart Rate (RHR), Heart Rate Variability (HRV), Oxygen Saturation (SpO2), and Wrist Temperature (Temp).

- **Symbols/icons for each metric**: The icons used to represent each metric (e.g., lungs for RR, heart for RHR) are almost identical in both apps.

- **Health status update**: Both apps show a status update for health metrics, using similar language ("Within range" on the WHOOP App vs. "All metrics are within normal range" on the Bevel App).

- **Layout of the health monitor**: The arrangement of health metrics in card-like sections with icons and numerical values is highly similar.

- **Color-coded health status**: Both apps use color coding (e.g., green for healthy metrics) to indicate whether metrics are in a normal range.

- **User interaction with health monitor**: Users can tap on each metric for more details in both apps, and this interaction flow is similar.

- **Health insights based on metrics**: Both apps provide insights based on the user's health data, derived from the displayed metrics.

- **Overall health summary**: Both apps summarize the user's health status in one line at the top of the Health Monitor section (e.g., "Within normal range").

Mr. Grey Nguyen
October 29, 2024
Page 5

**Strain**



- **Logarithmic strain calculation:** Both apps calculate strain using a logarithmic scale, where higher strain is harder to achieve.

- **Strain score for individual activities**: Each activity tracked shows its own strain score.

- **Daily strain score:** A cumulative strain score for the entire day is presented in both apps.

- **Visual hierarchy:** Strain is given high prominence on the screen with a large central dial, making it the focal point of the dashboard.

- **Completion percentage:** Both apps use a percentage completion to indicate how close the user is to their strain goal.

- **Cardiovascular exertion:** Both apps measure cardiovascular strain as part of the overall strain metric.

- **Progression rings:** Around the strain dial, both apps use a ring to indicate progression towards the strain goal.

- **Color-coding:** The strain meter is color-coded in both apps, with colors shifting as strain levels increase.

- **Symbols/icons:** Both apps use similar iconography for each tracked activity.

Mr. Grey Nguyen
October 29, 2024
Page 6

## Strain– Activities – Strength Training



- **Strength training activity tracking**: Both apps include specific tracking for strength training activities.

- **Strain score for strength activities**: Strength training contributes to the overall strain score in both apps.

- **Activity detail page**: Both apps provide a detailed view of each strength training session, including strain, duration, and heart rate data.

- **Heart rate zones for strength training**: Similar heart rate zone metrics are displayed, even for strength-based activities.

- **Custom strength workouts**: Both apps allow users to track custom strength training workouts.

- **Comparison with previous sessions**: Users can compare the current strength session's strain and exertion with past workouts.

- **Progress tracking**: Both apps provide progress tracking for strength training goals, showing improvements over time based on strain and exertion metrics.

Mr. Grey Nguyen
October 29, 2024
Page 7

**<u>Strain – Trends – Strain Score</u>**



- **Strain score trends**: Both apps show trends for strain score over time, allowing users to track changes in strain by week or month.

- **Comparison with previous days**: Users can compare their current day's strain with previous days or weeks in both apps.

- **Color-coded zones**: The strain trends are color-coded in both apps to indicate different levels of strain (e.g., "low, medium, high" in the Bevel Apps case and "light, moderate, strenuous, all out" in the WHOOP Apps case).

- **Interactive graph**: Both apps allow users to tap or hover over the graph to see specific strain scores for individual days.

- **Strain goals overlay**: Both apps show an overlay or benchmark line on the trend graph to indicate whether the user is meeting strain goals.

- **Historical data analysis**: Both apps allow users to view and analyze strain data from past weeks, months, or even longer.

Mr. Grey Nguyen
October 29, 2024
Page 8

### Strain – Trends – Daytime HR

 

- **Daytime heart rate tracking**: Both apps track heart rate throughout the day and present it in the strain trends section.

- **Heart rate trend graph + comparison by Week (W) and Month (M)**: Both apps include a similar graph that shows heart rate fluctuations throughout the day and allow a user to look at it by week (W) and month (M)

- **Time-of-day breakdown**: Both apps include a graph showing how heart rate changes at different times of the day (e.g., morning, afternoon, evening).

- **Max and average heart rate**: Both apps display the maximum and average heart rate for each day via dotted line (B) and band (W).

- **Interactive graph**: Users can interact with the heart rate trend graph to see specific data points for heart rate at different times of the day in both apps.

Mr. Grey Nguyen
October 29, 2024
Page 9

## Strain – Trends – Total Energy



- **Total energy expenditure**: Both apps track and display total energy expenditure (calories burned) over time.

- **Energy trends graph**: A bar chart shows how total energy expenditure changes throughout the week (W) and month (M). Users can view energy expenditure trends over daily, weekly, or monthly periods.

- **Calories burned per activity**: Both apps break down energy expenditure by specific activities (e.g., running, strength training).

Mr. Grey Nguyen
October 29, 2024
Page 10

## Recovery – Above-the-fold



- **Progression Ring for Recovery**: Both apps use a visual progression ring around the recovery dial to indicate completion percentage toward recovery goals.

- **Recovery Trends/Statistics**: WHOOP "Recovery Statistics" and Bevel "Recovery Trends" present user recovery data in a comparable layout and format, showcasing trends over time.

- **Color Scheme**: Both apps use color coding, particularly the green color, to represent positive recovery or optimal health metrics.

- **Prominent Display of Key Metrics**: Both apps prominently display HRV, RHR, skin temperature, and other metrics at the top of the recovery screen in a similar card-like format.

- **Navigation Structure**: The navigation for accessing detailed recovery data and trends is similarly positioned in both apps, making the user experience almost identical in flow.

- **Coach:** Both provide coaching feedback below the Recovery feature (ex: "Your recovery is excellent!" (in the Bevel App) and "Your HRV, RHR, and Sleep Performance indicate that your body is peaking physically and primed for performance today." (in the WHOOP App)).

Mr. Grey Nguyen
October 29, 2024
Page 11

## <u>Recovery – Trends – Recovery Score</u>



- **Recovery Score % location (top left)**: Both apps use a recovery score % in the top left of the page (ex: 49% (in the Bevel App) vs. 47% (in the WHOOP App)).

- **Green, Yellow, Red Color Coding**: Both apps employ color coding (e.g., green, yellow, red) to indicate high, medium, and low recovery scores.

- **Daily Comparison**: Both apps allow users to compare recovery scores across days, weeks, and months in a similar, easy-to-read format.

- **Trend Overlays**: Both the WHOOP App and Bevel App use overlays or benchmark lines in their graphs to indicate whether the user's recovery is trending towards their goal.

- **Metric Emphasis**: The recovery score is treated as a central metric in both apps, with high prominence in each app's visual hierarchy.

- **Interactive Graph**: Users can interact with the graph in both apps, tapping on specific data points to view the exact recovery score for a particular day.

- **Historical Data Access**: Both apps allow access to past recovery data and comparisons with historical benchmarks.

Mr. Grey Nguyen
October 29, 2024
Page 12

## Recovery – Trends – Resting HRV





- **Prominence of "HRV" and # ms**: Resting heart rate variability (HRV) is displayed in both apps as #ms and is featured prominently in both apps, treated as a core recovery metric.

- **Goal Benchmarking**: Both apps use benchmark lines or shaded regions in the HRV graphs to show where the user's HRV should be.

- **Interactive Graphs**: The graphs in both apps are interactive, allowing users to tap or hover over different data points to see exact HRV values.

- **Historical HRV Comparisons**: Both apps allow users to compare their current HRV with historical data, tracking improvements or declines.

- **Metric Breakdown**: In both apps, the HRV trends are broken down into smaller intervals (e.g., daily, weekly) to give users a detailed view.

- **Weekly/Monthly Views**: Both apps offer a way to toggle between daily, weekly, and monthly views for better understanding.

Mr. Grey Nguyen
October 29, 2024
Page 13

## Recovery – Trends – Resting Heart Rate





- **Similar placement of RHR # bmp:** Both apps display RHR as #bmp in the top left corner.

- **Goal Benchmarking**: Both apps use benchmark lines or overlays to show whether the user's RHR is trending towards their health and recovery goals.

- **Historical Comparisons**: Users can compare their current RHR with past data in both apps, using similar time intervals (daily, weekly, monthly).

- **Interactive Graphs**: Both apps have interactive graphs where users can tap on a point in the line to see the exact RHR for that day.

- **Weekly/Monthly Views**: Both apps offer a way to toggle between daily, weekly, and monthly views for better understanding.

Mr. Grey Nguyen
October 29, 2024
Page 14

## Recovery – Trends – Respiratory Rate



- **Similar placement of Respiratory Rate # rpm:** Both apps display respiratory rate as # rpm in the top left corner of the page.

- **Graphical Trend Representation**: Both apps use line graphs to show how respiratory rate changes over time, with similar visual styles.

- **Interactive Data Points**: The graphs in both apps allow users to tap on a specific data point to view the respiratory rate for that time.

- **Historical Data Comparison**: Both apps allow users to compare respiratory rate trends over weeks and months, using nearly identical navigation.

- **Goal Overlay**: Both the WHOOP App and Bevel App use overlays or benchmark lines to show whether the respiratory rate is within a healthy target range.

- **Weekly/Monthly Views**: Both apps offer a way to toggle between daily, weekly, and monthly views for better understanding.

Mr. Grey Nguyen
October 29, 2024
Page 15

## Sleep



- **Sleep Efficiency Score**: WHOOP and Bevel show a sleep efficiency percentage (%) (79% in the Bevel App vs. 90% in the WHOOP App for this user sleep) at the top of the screen, with similar typography and layout.

- **Time asleep**: Both apps show the # of hours and minutes that the user was asleep.

- **Coaching location:** Coaching recommendations are provided in the middle of the screen on both apps.

- **Sleep Performance Comparison**: Both apps provide a comparison between the user's actual sleep time and the target time, using a similar visual style.

- **Sleep Summary**: A concise sleep summary is provided at the top of the page, offering a quick view of sleep performance metrics in both apps.

Mr. Grey Nguyen
October 29, 2024
Page 16

## Sleep – Primary Sleep (cont.)



- **Sleep Stages mention of "REM" and "Deep" and "Awake" sleep**: The WHOOP App and Bevel App both show sleep stages (REM, deep) in a similar format, with color-coded progress bars indicating the time spent in each stage.

- **Sleep duration shown as a line chart**: Both apps continue to emphasize the most important sleep metrics as line charts.

- **Color-Coded Sleep Stages**: Both apps use color coding to differentiate between sleep stages, making it easy for a user to visualize sleep quality.

Mr. Grey Nguyen
October 29, 2024
Page 17

## Sleep – Primary Sleep (cont.)



- **"How sleep needed is calculated" identical header text:** The text at the top of this page is identical in both apps.

- **"Sleep needed" calculation:** Both apps show the "Sleep needed" # of hours as a calculation of things like "Baseline" (in the WHOOP App) and "Sleep Goal" (in the Bevel App), and "Sleep Debt".

- **Learn more / resources:** Both apps link to resources to learn more.

Mr. Grey Nguyen
October 29, 2024
Page 18

**Sleep – Trends – Sleep Score**



- **Bar chart displaying "Sleep Score" (in the Bevel App) vs. "Sleep Consistently" (in the WHOOP App):** Both apps have a bar chart trying to convey to the user how their sleep was.

- **"Sleep Breakdown":** This feature is an almost identical feature. Both apps show a % breakdown of what each range means and then show a "Sleep Breakdown."

- **Top left corner # displayed as a %**: 79% (in the Bevel App) vs. 58% (in the WHOOP App).

- **Historical Sleep Comparison**: Both apps allow users to compare their current sleep performance with historical data, showing trends over time (weeks and months).

- **Interactive Sleep Data**: Users can tap into the sleep metrics for more detailed views, offering a similar user experience in both apps.

- **Educational resources on the bottom of the page:** Both apps show additional education resources at the bottom of the screen. "What is sleep consistency?" (in the Whoop App) vs. "What is sleep score?" (in the Bevel App).

Mr. Grey Nguyen
October 29, 2024
Page 19

**<u>Stress</u>**



- **Real-Time Stress Tracking**: Both apps offer real-time tracking of stress levels using HRV and HR data, displayed in a visually similar way.

- **Stress Level Indicator**: Both the WHOOP App and Bevel App use a dial to show the user's current stress level, visually emphasizing the percentage of stress.

- **Color-Coding for Stress**: The apps use similar color-coding schemes to indicate the intensity of stress, with green representing low stress and red representing high stress.

- **Stress Monitoring line graphs**: The WHOOP App and Bevel App both use line graphs to show how stress levels change throughout the day, allowing users to see patterns over time.

- **Heart Rate & HRV Integration**: Both apps integrate heart rate and HRV data to calculate stress levels, displaying the information in a similar layout.

- **Stress Insights**: Both apps provide personalized insights or tips based on stress data, formatted similarly in terms of language and presentation.

Mr. Grey Nguyen
October 29, 2024
Page 20

## Health Monitor – Respiratory Rate



- **Interactive Respiratory Rate Graph**: Users can tap on specific points on the graph in both apps to see detailed respiratory rate data for that time, making it easy to review past fluctuations.

- **Lung Icon for Respiratory Rate**: Both apps use a lung icon to represent respiratory rate, enhancing the visual clarity of this health metric.

- **Color-Coded Respiratory Rate**: Both apps use similar color-coding for the line chart, calling attention to this feature.

- **Benchmark Comparison for Respiratory Rate**: Both apps feature a benchmark line on the respiratory rate graph to indicate if the user's respiratory rate is within a healthy or expected range.

- **Respiratory Rate Linked to Recovery Metrics**: In both apps, respiratory rate is not only presented as an isolated metric but also integrated into broader recovery or health score calculations.

- **Daily Respiratory Rate Overview**: Both apps provide a summary of daily respiratory rate, displayed next to other core metrics like HRV and resting heart rate, in a similar format.

- **Data Analysis Over Time**: WHOOP and Bevel allow users to analyze respiratory rate trends over longer periods (e.g., weekly or monthly views), using a similar dropdown navigation to switch between timeframes.

Mr. Grey Nguyen
October 29, 2024
Page 21

## Health Monitor – Resting HR



- **RHR Trend Graphs**: The apps display RHR trends over time in a similar line graph format, allowing users to track daily, weekly, and monthly changes in their heart rate.

- **Interactive RHR Data Points**: Users can interact with the RHR graph in both apps by tapping on specific data points to view detailed information about their heart rate on that day.

- **Weekly and Monthly RHR Trends**: Both apps allow users to view RHR trends over longer periods, with options to toggle between daily, weekly, or monthly views using similar navigation styles.

- **Benchmark Line for Optimal RHR**: Both apps feature a benchmark or goal line in the RHR graph, indicating whether the user's resting heart rate is within the optimal range.

- **RHR Data Linked to Recovery Scores**: Resting heart rate is integrated into recovery scores in both apps, affecting the overall recovery or readiness score displayed to the user.

- **RHR Analysis in Context of Other Metrics**: Resting heart rate is shown alongside other health metrics such as HRV, respiratory rate, and SpO2 in both apps, providing a holistic view of the user's health.

Mr. Grey Nguyen
October 29, 2024
Page 22

### Health Monitor – Resting HRV




- **Interactive HRV Graph**: Users can interact with the HRV graph by tapping on specific data points to get more detailed information about their HRV for that day or time period.

- **HRV Linked to Recovery**: In both apps, HRV is tied closely to the user's recovery score, providing a direct correlation between high HRV and good recovery.

- **Weekly and Monthly HRV Trends**: Both apps allow users to view HRV trends over longer periods, with options to toggle between daily, weekly, or monthly views using similar navigation styles.

- **HRV Benchmark for Optimal Performance**: Both apps feature a benchmark line or shaded region on the HRV graph that shows whether the user's HRV is within the optimal range for recovery.

- **Long-Term HRV Analysis**: Both the WHOOP App and Bevel App offer long-term HRV trend analysis, allowing users to view how their HRV changes over weeks or months to monitor improvements or declines in fitness.

- **HRV Insights and Recommendations**: Both apps provide detailed insights based on the user's HRV trends, offering personalized recommendations for improving recovery based on HRV data.

- **Comparative HRV Analytics**: Users can compare their current HRV with previous periods (e.g., last week, last month) in both apps, using similar dropdown menus to toggle between different timeframes.

Mr. Grey Nguyen
October 29, 2024
Page 23

**JOURNAL**

## WHOOP

 

## BEVEL



### Similarities to WHOOP Journal

Daily user-input logging    ✓

Identical use of toggles    ✓
and manuel input

Called "Journal"    ✓

Powers daily insight    ✓
tracking

 



Mr. Grey Nguyen
October 29, 2024
Page 24

These examples are just a sample of what is nearly a page-by-page copy of the WHOOP App. Both the quantity and the quality of copying leave no doubt that Bevel has elected to knock-off the WHOOP App rather than using the necessary resources and innovation to develop its own product and user experience.

Of course, Bevel did not need to wholesale misappropriate the WHOOP App to compete in this market. WHOOP has many competitors, and none of them have come anywhere close to the level of direct copying or overlap with WHOOP that exists in the Bevel App. The chart below represents an analysis of the similarities between WHOOP, Bevel, and WHOOP competitors Oura, Apple Watch, FitBit, Garmin, and Ultrahuman. The red check represents instances in which the competitor provides essentially the identical feature using the identical name WHOOP gave that feature. The yellow check represents instances where the competitor provides at least a similar feature but with a different name. The green check represents instances where the competitor does not provide a similar feature at all.

| WHOOP Features | Bevel | Oura | Apple Watch | Fitbit | Ultrahuman | Garmin |
|---|---|---|---|---|---|---|
| Strain | red | yellow | yellow | yellow | green | green |
| Recovery | red | yellow | green | yellow | yellow | green |
| Sleep Performance | yellow | yellow | green | yellow | yellow | yellow |
| Strength Trainer | yellow | yellow | green | yellow | green | yellow |
| Stress Monitor | red | yellow | yellow | yellow | yellow | yellow |
| Health Monitor | red | green | yellow | yellow | green | green |
| Journal | red | yellow | green | green | green | green |
| Behaviorial Insights | red | yellow | green | green | yellow | yellow |
| Body Composition | red | green | yellow | yellow | green | yellow |

No other competitor scored a single red check, with Bevel scoring red checks on seven of the nine key features. This, in combination with the screen shots above, make the conclusion that Bevel has improperly copied the WHOOP App in violation of a variety of WHOOP intellectual property rights simply inescapable.

## WHOOP INTELLECTUAL PROPERTY

WHOOP pioneered a number of the features contained in the WHOOP system. Those innovations, in turn, have created a substantial intellectual property portfolio that includes copyrights, trade dress, and patents. Bevel's systematic and willful conduct has exposed Bevel to substantial liability for unauthorized use of WHOOP intellectual property.

### *Copyright*

WHOOP is the owner of copyrights in the WHOOP mobile application, including the following copyright registrations which encompass both individual screens and the overall appearance, visual elements, and organization of the WHOOP mobile application:

Mr. Grey Nguyen
October 29, 2024
Page 25

- Copyright Registration Number TX 9-429-660 for Whoop App iOS 2024
- Copyright Registration Number TX 9-429-665 for Whoop App iOS 2023
- Copyright Registration Number TX 9-436-448 for Whoop App iOS 2022
- Copyright Registration Number TX 9-436-452 for Whoop App Web 2024
- Copyright Registration Number TX 9-436-451 for Whoop App Web 2023
- Copyright Registration Number TX 9-436-449 for Whoop App Web 2022
- Copyright Registration Number TX 9-436-447 for Whoop App Android 2024
- Copyright Registration Number TX 9-436-446 for Whoop App Android 2023
- Copyright Registration Number TX 9-436-457 for Whoop App Android 2022
- Copyright Registration Number TX 9-436-456 for Whoop App Join-Flow 2024

These copyrighted works entitle WHOOP to the exclusive right to reproduce, create derivative works of, and display the WHOOP App, and WHOOP copyright registrations further entitle WHOOP to financially recover from others doing the same without any license or authorization.

Copyright law protects, in combination, the appearance, visual elements, and sequence of an app. *Diamond Foods, Inc. v. Hottrix, LLC,* No. 14-CV-03162-BLF, 2016 WL 3880797, at *8-9 (N.D. Cal. July 18, 2016) ("Defendant's combination of the nine asserted elements qualifies for [copyright] protection."); *Hershey Co. v. Hottrix, LLC,* No. 10-CV-1178, 2011 WL 13214371, at *3 (M.D. Pa. Jan 6, 2011) ("[Hottrix] has properly pleaded that Hershey has infringed the protected elements of [copyright] expression."); *See also Midway Mfg. Co. v. Bandai-America, Inc.,* 546 F. Supp. 125 at 146-147 (D.N.J. 1982) (copyright protected video game's visual appearance, play, and sequence of images); *Atari, Inc. v. N. Am. Philips Consumer Elecs. Corp.,* 672 F.2d 607, 620 (7th Cir. 1982) (finding the defendant's game had captured the "total concept and feel" of Pac-Man).

In addition, "copyright protection of computer programs may extend beyond the programs' literal code to their structure, sequence, and organization." *Whelan Assocs., Inc. v. Jaslow Dental Lab'y, Inc.,* 797 F.2d 1222, 1248 (3d Cir. 1986); *See also Eng'g & Software Sys. Sols., Inc. v. Cusatis*, No. 23-CV-676, 2024 WL 1363578, at *9-10 (N.D. Ill. Mar. 29, 2024) ("[T]he "arrangement, expression and manner of presentation" of such data can be protected by copyright….The protected expression in the [] [s]oftware includes both its literal elements (that is, its source code), and its non-literal elements (its structure, sequence, organization, and user interface)"; *Digital Dream Labs, Inc. v. Living Tech. (Shenzhen) Co.,* No. 2:22-CV-00603-CCW, 2023 WL 121750, at *3 (W.D. Pa. Jan. 6, 2023) ("[I]t is appropriate…to rely on similarities between the…menu screens—the visual manifestation of the source code at issue—to allege substantial similarity between the underlying source codes.")

Your unauthorized use of WHOOP copyrighted works violates the U.S. Copyright Act, 17 U.S.C. § 101, *et seq*. More specifically, your actions violate exclusive rights given to WHOOP under Section 106 of the Copyright Act to reproduce, prepare derivative works, and distribute copies of its works. Thus, WHOOP is entitled to an award of its actual damages, which represent any losses WHOOP has incurred, plus disgorgement of your profits attributable to the infringement.  *See* 17 U.S.C. § 504.  Given the scope of infringement here, a court will likely find that the copying of the WHOOP App was willful and in bad faith, potentially increasing your exposure.

Mr. Grey Nguyen
October 29, 2024
Page 26

### Trade Dress

Since at least as early as the WHOOP App for its version 3.0 device released in 2019, the WHOOP App has used a combination of colors, format, and text to create a look and feel that has become uniquely associated with WHOOP (the "WHOOP Trade Dress").  While some of these features may appear in some of the other fitness products on the market, none have done what Bevel has—copying almost everything.  Bevel's near page-by-page mimicking of the look and feel of the WHOOP Trade Dress will have the inevitable result of leaving the user confused as to whether or not Bevel is collaborating with, sponsored by, or otherwise legitimately associated with WHOOP.

"Courts have generally held that a website's 'look and feel' can be trade dress."  *See, e.g.*, *Blue Nile, Inc. v. Ice.com, Inc.*, 478 F.Supp.2d 1240, 1244 (W.D.Wash.2007); *see also Ingrid & Isabel, LLC v. Baby Be Mine, LLC*, 70 F. Supp. 3d 1105, 1136–37 (N.D. Cal. 2014) ("[T]he 'look and feel' of a web site can constitute a trade dress protected by the Lanham Act.")

The protection of the look and feel of a user interface like a website has been expressly applied to protect mobile applications.  *See, e.g.*, *Hershey Co. v. Hottrix, LLC*, No. 10-CV-1178, 2011 WL 13214371, at *3 (M.D. Pa. Jan. 6, 2011) ("Hottrix sufficiently alleges that Hershey copied the characteristic 'look and feel' of Hottrix's…application."); *see also Diamond Foods, Inc. v. Hottrix, LLC*, No. 14-CV-03162-BLF, 2016 WL 3880797, at *11 (N.D. Cal. July 18, 2016) (holding that a combination of specific design elements like consistent lighting, sequential timing, and consistent size regardless of distance could constitute an app's protectable trade dress).

Bevel's unauthorized use of the WHOOP Trade Dress is a violation of federal and state law including Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).  These violations entitle WHOOP to injunctive relief proscribing your infringing conduct and expose you to substantial monetary damages.  In cases in which infringement is willful, as appears to be the case here, the Lanham Act allows for the trebling of damages and the awarding of attorney's fees.

### Patents

WHOOP has developed a substantial patent portfolio around many of the features and functions that have been so systematically copied by Bevel.  Although the exact extent of infringement will require access to information in the possession of Bevel and not WHOOP, WHOOP wishes to put Bevel on express notice of its patent rights, including without limitation the following patents:

- US Patent No. 11,602,279 entitled "Automated exercise recommendations" (e.g. Claim 17)
- US Patent No. 9,750,415 entitled "Heart rate variability with sleep detection" (e.g. Claim 1)

It seems Bevel's campaign of misappropriation of WHOOP innovations is still in progress. According to its own FAQs, Bevel has indicated its intent to expand its platform to include additional features such as a sleep disturbance counter and a menstruation tracker.

Not only could adding these features exacerbate the copyright and trade dress infringement discussed above, but they themselves, or through related functions, may also infringe additional WHOOP patents, of which we now put Bevel on express notice, including:

- US Patent No. 11,627,946 entitled "Cycle-based sleep coaching" (e.g. Claim 4)
- US Patent No. 11,925,473 entitled "Detecting sleep intention" (e.g. Claim 1)

Mr. Grey Nguyen
October 29, 2024
Page 27

Notably, many of these patent are part of patent families have pending applications, through which WHOOP will no doubt pursue additional claims over time.

Particularly after being placed on express notice of the above patents (the "Cited Patents"), Bevel has an obligation to determine if its products or services infringe one or more of them.  WHOOP systematically notifies the public of certain patents through whoop.com/patents, the existence of which we now also put Bevel on express notice.  Any ongoing infringement by Bevel could be considered willful, which exposes Bevel to the potential for enhanced damages and the recovery of attorney fees by WHOOP.

#### NOTICE TO PRESERVE EVIDENCE

This correspondence also serves to put you on notice of the possibility of litigation regarding the above, to reiterate your obligation to preserve evidence, and to notify you of specific categories of evidence which must be preserved.  The potential dispute involves the Bevel App, so any evidence related to (a) the design and development of the Bevel App, (b) the features and functionality of the Bevel App, (c) the WHOOP App, and (d) WHOOP intellectual property, would plainly be among those categories.

Your obligation to prevent the spoliation of evidence requires not only the retention of paper documents, but also the preservation of all information from your computer systems, removable electronic media, cell phone, mobile devices and other locations.  These electronic communications include, but are not limited to, emails, text messages and other electronic communication, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and network access information.

Sanctions may be appropriate for the spoliation of evidence that occurs even before an action has been commenced if a party knows or reasonably should know that the evidence might be relevant to a possible lawsuit.  **ACCORDINGLY, YOU ARE NOW ON NOTICE THAT LITIGATION MAY BE COMMENCED AGAINST YOU.**

In order to be in compliance with your discovery preservation obligations, you should communicate your obligations to any and all individuals or organizations responsible for any of the items referred to in this letter.

#### DEMAND TO CEASE AND DESIST

Subject to and without waiving its rights, WHOOP demands that Bevel confirm in writing no later than ***5:00 p.m. ET on Tuesday, November 12, 2024,*** that it agrees to take each of the following steps:

1) Immediately cease and desist from the use, publication, or distribution of the Bevel App until such time as Bevel has removed all aspects that infringe on WHOOP copyrights, trade dress, or patents;

Mr. Grey Nguyen
October 29, 2024
Page 28

2) Refrain from any further infringement of WHOOP copyrights, including those in the WHOOP App;

3) Refrain from any further infringement of WHOOP Trade Dress;

4) Review each of the Cited Patents and cease and desist any activities through the Bevel App or otherwise that infringe one or more of them; and

5) Provide an accounting of all revenue generated to date through the Bevel App to permit a discussion of an appropriate remuneration for its past infringement.

WHOOP takes the protection of its intellectual property very seriously. While WHOOP would rather not see this matter escalate further, if we have not received the requested confirmation by **5:00 p.m. ET on Tuesday, November 12, 2024**, WHOOP will be forced to consider all of its legal options, and it expressly reserves all such rights, remedies, and claims.

Sincerely,

Joshua M. Dalton

JMD/dsc

cc: Tim Billick, Esq. (tim@tbillicklaw.com)