# EXHIBIT S

**U.S. Patent No. 11,602,279 – Claims 1 and 17**

| Claim Limitation | Bevel App |
|---|---|
| **1.** A method comprising: | |
| measuring a resting heart rate for a user based on continuous heart rate data from a physiological monitor; | Bevel leverages the user's Apple Watch to collect data and measures resting heart rate (RHR) while the user is asleep, for example. |
| calculating a heart rate variability based on the continuous heart rate data; | One of the ways Bevel measures heart rate variability (HRV) is by using HRV values recorded by the user's Apple Watch. |

| | |
|---|---|
| converting a time series of heart rate data into a time series of heart rate reserve data based at least in part on the resting heart rate measured for the user with the physiological monitor; | Bevel's Sept. 10, 2025 release notes provide: "Added new Heart Rate Zone Methods:  Max HR, **[Heart Rate] HR Reserve**, Lactate Threshold.  You can change these in Settings > Customization > Heart Rate Zones." |
| automatically detecting exercise activity of the user; | Bevel's Jan. 25, 2024 release notes provide: "if you go for a run and forgot to log it, Bevel can detect that as an exercise."<br><br>Bevel's Feb. 13, 2024 release notes provide: "Bevel can now detect activities even if they are not recorded in Apple Health." |
| generating an intensity score that provides a quantitative assessment of an intensity of the exercise activity using a weighted sum of heart rate reserve data from the time series of heart rate reserve data during the exercise activity; | Bevel's strain score web page provides:  "Bevel's Strain Score is a numerical representation of your body's physical exertion.  You can think of your Strain Score as consisting of two components: passive and active strain.  Active strain refers to the heart rate and movement associated with recorded workouts.  Passive strain is calculated by leveraging factors like motion, heart rate measurements, and step counts that occur outside of workouts."<br><br>Bevel's Sept. 10, 2025 release notes provide:  "Improved the Passive Strain component in the Strain Score algorithm to include your time spent in heart rate zones, so housework or short walks can be accounted for." |

| | | |
|---|---|---|
| automatically detecting a physical recovery state of the user; | Bevel automatically calculates a "Recovery Score," which is measured on a scale, ranging from 0% to 100%, with higher scores indicating better recovery. |  |
| calculating a sleep score indicative of a duration and efficiency of sleep by the user based on continuous data collected by the physiological monitor; | Bevel calculates a Sleep Score based on various factors, including duration spent in different sleep stages, heart rate dip, and total time spent asleep.<br><br> |  |

| | |
|---|---|
| generating a recovery score that provides a quantitative assessment of the physical recovery state of the user indicating whether the user is recovered and ready for exercise based on a weighted combination of the heart rate variability, and the sleep score; | Bevel's Recovery Score is derived from a combination of data, including Sleep Score, heart rate variability (HRV), resting heart rate (RHR), and more. |
| analyzing the quantitative assessment of the exercise activity and the quantitative assessment of the physical recovery state to automatically generate a recommendation on a change to an exercise routine of the user; and | Bevel's March 3, 2025 release notes provide that it is "revamping the coaching functionality to deliver more personalized recommendations tailored to your progress." Bevel's April 29, 2025 release notes provide that it is "building a better, more personalized Coach. Bevel will . . . provide you with exercise recommendations to reach your target strain, and more." |
| displaying the recommendation to the user within a user interface of a visual display device. | On or about July 6, 2024, the "AI Coach" feature was marked complete on Bevel's roadmap/feedback page. The feature request provided: "If be great if the coaching on the main [page] was more advanced than just talking about strain…" On or about Jan. 24, 2024, the "Workouts Page Coaching" feature was marked complete on Bevel's roadmap/feedback page. The feature request provided: "Add more details like 'this month has more workouts than last month' or comparing strain scores from all workouts in that month or comparing total workout times/burned cals with the month before." |

| | |
|---|---|
| **17.** A computer program product comprising non-transitory computer executable code embodied in a non-transitory computer-readable medium that, when executing on one or more computing devices, performs the steps of: | |
| measuring a resting heart rate for a user based on continuous heart rate data from a physiological monitor; | See above |
| calculating a heart rate variability based on the continuous heart rate data; | See above |
| converting a time series of heart rate data into a time series of heart rate reserve data; | See above |
| automatically detecting exercise activity of the user; | See above |
| generating an intensity score that provides a quantitative assessment of an intensity of the exercise activity using a weighted sum of heart rate reserve data from the time series of heart rate reserve data during the exercise activity; | See above |
| automatically detecting a physical recovery state of the user; | See above |
| generating a recovery score that provides a quantitative assessment of the physical recovery state of the user based on the heart rate variability and the resting heart rate measured for the user with the physiological monitor; | See above |

Page **5** of **6**

| | |
|---|---|
| analyzing the quantitative assessment of the exercise activity and the quantitative assessment of the physical recovery state to automatically generate a recommendation on a change to an exercise routine of the user; and | See above |
| displaying the recommendation to the user within a user interface of a visual display device. | See above |