# EXHIBIT T

**U.S. Patent No. 11,627,946 – Claim 4**

| Claim Limitation | Bevel App |
|---|---|
| **4.** A method comprising: | |
| acquiring heart rate data for a user from a wearable physiological monitoring device; | Bevel leverages the user's Apple Watch to collect data and measures resting heart rate (RHR) while the user is asleep, for example. |
| identifying a hormonal cycle and a phase within the hormonal cycle for the user; | Bevel's Nov. 20, 2025 release notes provide: "We're excited to introduce . . . Cycle Tracking:  Secure 1:1 sync with Apple Health, symptom & flow logging, phase predictions, Recovery trends and Bevel Intelligence insights.  . . . By adding cycle awareness to your existing Bevel metrics, your recommendations now adapt to where you are in your cycle, helping you make better decisions every day.  . . . Bevel predicts four cycle phases (Period, Follicular, Ovulatory, Luteal) using historical patterns and temperature trends, and pausing predictions if irregularities occur."<br><br>Bevel's blog page on cycle recovery deviations explains that "recovery signals, like temperature, HRV, and resting heart rate, can naturally fluctuate across your cycle." |

| | | |
|---|---|---|
| identifying a prior sleep history for the user based on the heart rate data; | The Bevel blog page on "Sleep Needed" provides: "Sleep Efficiency: ***Based on your historical data***, Bevel calculates your Sleep Efficiency to determine the extra time you should sleep based on your periods of wakefulness."<br><br>The Bevel blog page on "Sleep Score" provides: "If you notice a consistently lower Sleep Score, dig into the ***detailed data provided in the Trends section of the Sleep page***. Look for patterns, such as disturbances, variations in sleep duration, or other influencing factors. This information can guide you in making the informed changes that are best for your personal sleep routine."<br><br>Bevel's April 29, 2025 release notes provide that "Sleep, and Stress Trends charts have a new look," and that Bevel "also introduced new charts under sleep including Sleep and Wake Time, Time to Fall Asleep, and Weekly Sleep Distribution."<br><br>Bevel's Heart Rate Dip page provides: "Bevel uses heart rate dip as an input to Sleep Score. . . . Bevel calculates the average heart rate during your waking hours (excluding exercise hours) and the average heart rate during your sleep cycle." |  |
| determining a current sleep need for the user based on a prior sleep history for the user; | Bevel's Sleep Needed webpage provides that "Bevel calculates your Sleep Needed." Bevel "calculate[s] your Sleep Needed dynamically. For instance, if you recently engaged in a high-intensity workout, your Sleep Needed might be higher to facilitate muscle repair and overall recovery. Conversely, if you've consistently met your sleep goal and maintained a balanced routine, your Sleep Needed may be lower." |  |

| | | |
|---|---|---|
| generating a first recommended time in bed for the user based on the current sleep need; and | Bevel's April 12, 2024 release notes provide that "Bevel will calculate a target bedtime based on your sleep debt and recent Strain level."<br><br>Bevel's Sleep Needed webpage provides that "Accumulated **sleep debt influences your Sleep Needed**, signaling that your body requires additional rest to compensate. Bevel calculates a weighted sum of sleep debt from the past 7 days and distributes the additional sleep needed across the following 4 days." |  |
| determining a second recommended time in bed for the user by adjusting the first recommended time in bed according to the phase within the hormonal cycle. | Bevel's Nov. 20, 2025 release notes provide that "hormonal changes affect how you sleep, recover, train, and feel, and we wanted Bevel to reflect that. By adding cycle awareness to your existing Bevel metrics, your recommendations now adapt to where you are in your cycle, helping you make better decisions every day." | |