# EXHIBIT U

**U.S. Patent No. 12,220,112 – Claim 4**

| Claim Limitation | Bevel App |
|---|---|
| **4.** A method comprising: | |
| acquiring heart rate data for a user from a wearable physiological monitoring device worn by the user over one or more hormonal cycles; | Bevel leverages the user's Apple Watch to collect data and measures resting heart rate (RHR) while the user is asleep, for example. |
| identifying a hormonal cycle and a phase within the hormonal cycle for the user based on the heart rate data; | Bevel's Nov. 20, 2025 release notes provide: "We're excited to introduce . . . Cycle Tracking: Secure 1:1 sync with Apple Health, symptom & flow logging, phase predictions, Recovery trends and Bevel Intelligence insights. . . . By adding cycle awareness to your existing Bevel metrics, your recommendations now adapt to where you are in your cycle, helping you make better decisions every day. . . . Bevel predicts four cycle phases (Period, Follicular, Ovulatory, Luteal) using historical patterns and temperature trends, and pausing predictions if irregularities occur." <br><br> Bevel's blog page on cycle recovery deviations explains that "recovery signals, like temperature, HRV, and resting heart rate, can naturally fluctuate across your cycle." |

Page **1** of **2**

| | |
|---|---|
| identifying a prior sleep activity for the user based on the heart rate data; | Bevel's Heart Rate Dip page provides: "Bevel uses heart rate dip as an input to Sleep Score. . . . Bevel calculates the average heart rate during your waking hours (excluding exercise hours) and the average heart rate during your sleep cycle." |
| determining a current recovery level for the user based on the prior sleep activity for the user; | Bevel's recovery score page provides:  "Recovery Score is derived from a combination of data, including your Sleep Score, heart rate variability (HRV), resting heart rate (RHR), and more." |
| generating a first recommended strain for new training activity by the user based on the current recovery level; and | Bevel's Feb. 13, 2024 release notes discuss a "Target Strain recommendation engine" and provide that "Bevel will intelligently recommend personalized Target Strain based on your recent activity level and recovery."<br><br>Bevel's strain performance page provides:  "Target Strain is calculated daily based on your historical strain trends, recovery scores, and recent activity." |
| determining a second recommended strain for the user by adjusting the first recommended strain according to the phase within the hormonal cycle. | Based on the user's hormonal cycle, the Bevel app may recommend increasing workout intensity and/or biking, for example.<br><br>Bevel's Nov. 20, 2025 release notes provide: "hormonal changes affect how you sleep, recover, train, and feel, and we wanted Bevel to reflect that.  By adding cycle awareness to your existing Bevel metrics, your recommendations now adapt to where you are in your cycle, helping you make better decisions every day."<br><br>On or about Nov. 20, 2025, Bevel marked the follow feature complete: "Menstrual Tracking and associations with recovery." |