# EXHIBIT V

**U.S. Patent No. 12,318,226 – Claim 4**

| Claim Limitation | Bevel App |
|---|---|
| **4.** A method for determining a sleep need for a user, the method comprising: | Bevel's Sleep Needed webpage provides that "Bevel calculates your Sleep Needed."  Bevel "calculate[s] your Sleep Needed dynamically. For instance, if you recently engaged in a high-intensity workout, your Sleep Needed might be higher to facilitate muscle repair and overall recovery. Conversely, if you've consistently met your sleep goal and maintained a balanced routine, your Sleep Needed may be lower."  |
| receiving physiological data from a wearable device worn substantially continuously by the user, the physiological data including heart rate data; | Bevel leverages the user's Apple Watch to collect data and measures resting heart rate (RHR) while the user is asleep, for example. |
| analyzing a sleep performance over an historical time window based on the physiological data and calculating a baseline sleep need for the user based on the sleep performance over the historical time window; | Bevel's Nov 25, 2024 release notes provide:  "Automatic Sleep Goals . . . Now, Bevel can help you **calculate the optimal sleep time** based on your **historical data**. . . .  With this feature, the app will calculate the optimal sleep goal based on your Recovery scores over the last 90 days." |

| | |
|---|---|
| evaluating, based on the heart rate data, an objective measure of strain experienced by the user during an interval preceding a most recently sleep cycle; | Bevel's strain score page provides:<br>• "Bevel's Strain Score is a numerical representation of your body's physical exertion. You can think of your Strain Score as consisting of two components: passive and active strain. Active strain refers to the heart rate and movement associated with recorded workouts.  Passive strain is calculated by leveraging factors like motion, heart rate measurements, and step counts that occur outside of workouts."<br>• "A Strain Score of 100% typically reflects a high-intensity workout…."<br>• "Your heart rate during exercise is a key factor" of strain score.<br><br>Bevel's Sept. 10, 2025 release notes provide:  "Improved the Passive Strain component in the Strain Score algorithm to include your time spent in heart rate zones, so housework or short walks can be accounted for."   |
| calculating a first sleep debt metric based on the objective measure of a strain; | Bevel's Sleep Needed webpage provides, "Sleep Debt:  If you've been consistently falling short of your sleep goal, Bevel takes this into account.  . . . Bevel calculates a weighted sum of sleep debt from the past 7 days and distributes the additional sleep needed across the following 4 days."<br><br>This webpage also provides that one of the "numbers behind Sleep Needed" is "Recent Strain:  Physical activity plays a significant role in determining the amount of sleep your body needs.  The more strenuous your recent workouts, the higher your body's demand for restorative sleep." |
| calculating a second sleep debt metric as an accumulation of prior sleep debt relative to the baseline sleep need over one or more preceding sleep cycles; and | Bevel's Sleep Needed webpage provides:  "Accumulated sleep debt influences your Sleep Needed, signaling that your body requires additional rest to compensate. Bevel calculates a weighted sum of sleep debt from the past 7 days and distributes the additional sleep needed across the following 4 days." |

| | | | |
|---|---|---|---|
| calculating a sleep need for the user by summing the baseline sleep need, the first sleep debt metric, and the second sleep debt metric. | Bevel's Sleep Needed webpage provides that "Bevel . . . calculate[s] your Sleep Needed dynamically."<br><br>Bevel calculates a weighted sum of sleep debt from the past 7 days and distributes the additional sleep needed across the following 4 days. |  |  |