# EXHIBIT W

## YouTube

Search

Home
Shorts
Subscriptions
You
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Shopping
Music
Movies & TV
Show more

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

Report history

About  Press  Copyright
Contact us  Creators  Advertise
Developers

Terms  Privacy  Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC



# Bevel

@bevelhealth • 6.99K subscribers • 24 videos

Bevel is the AI health companion that turns your data into personalized insights and recommendations across...more

apps.apple.com/us/app/bevel-health-performance/id6456176249 and 5 more links

Subscribe

Home    **Videos**    Shorts    Playlists




0:16


3:09

**Bevel 2026 Winter Release**
51K views • 1 month ago


2:58

**Bevel is now free! (sort of)**
126K views • 2 months ago



**Garmin Connect**
5.6K views • 3 mon

6:02


0:31

**Meet Bevel: Your AI Health Companion**
598K views • 4 months ago


6:00

**Meet the Team Behind Bevel**
5.3K views • 4 months ago

**Everything New i
Release**
17K views • 6 mont

**Introducing: Bevel**
7.9K views • 6 months ago

**Bevel 2025 Spring Release**
11K views • 10 months ago

**Bevel 2.0 - Introd**
8.5K views • 1 year



# Bevel

@bevelhealth · 6.99K subscribers · 24 videos

Bevel is the AI health companion that turns your data into personalized insights and recommendations across

apps.apple.com/us/app/bevel-health-performance/id6456176249 and 5 more links