**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WHOOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FINERPOINT, INC. d/b/a BEVEL <br><br> Defendant. | C.A. No. 26-289-MN |

**DEFENDANT FINERPOINT, INC. d/b/a BEVEL'S
PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Finerpoint, Inc. d/b/a

Bevel ("Bevel") hereby respectfully moves to dismiss Count II (Federal Trade Dress Infringement)

of the Complaint (D.I. 1) for failure to sufficiently define the trade dress and to dismiss with

prejudice Counts III through VI (Infringement of U.S. Patent Nos. 11,602,279, 11,627,946,

12,220,112, and 12,318,226) of the Complaint (D.I. 1) because the asserted patent claims are not

patent eligible under 35 U.S.C. § 101. The grounds for this Motion are fully set forth in Bevel's

accompanying opening brief.

Dated: May 26, 2026

Of Counsel:

Brian C. Horne (*Pro Hac Vice*)
Hans L. Mayer (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
(310) 551-3450
brian.horne@knobbe.com
hans.mayer@knobbe.com

Matthew S. Bellinger (*Pro Hac Vice*)
Jeremiah S. Helm (*Pro Hac Vice*)

Respectfully submitted,

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant Finerpoint, Inc. d/b/a
Bevel*

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
matt.bellinger@knobbe.com
jeremiah.helm@knobbe.com

Michael Forman (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20006
(202) 640-6400
michael.forman@knobbe.com