**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WHOOP, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FINERPOINT, INC. d/b/a BEVEL <br><br> *Defendant*. | C.A. No. 26-289-MN |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2026, having considered Defendant Finerpoint, Inc. d/b/a Bevel's Partial Motion to Dismiss (the "Motion") and the papers submitted in connection therewith, as well as all arguments made in opposition thereto, and finding good grounds for the requested relief;

IT IS HEREBY ORDERED that the Motion is GRANTED, that Count II (Federal Trade Dress Infringement) of the Complaint (D.I. 1) is dismissed, and that Counts III through VI (Infringement of U.S. Patent Nos. 11,602,279, 11,627,946, 12,220,112, 12,318,226) of the Complaint (D.I. 1) are dismissed with prejudice.

_____
The Honorable Maryellen Noreika
United States District Court Judge